FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 21 2017 ★

LONG ISLAND OFFICE

RECEIVED
DEC 22 2017
EDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAChANCE DEON BRYANT 17A3781

_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

CV-17 7482

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

BIANCO, J.

BROWN, M. J.

JURY DEMAND
YES ✓   NO ____

-against-

PETER RYAN. 1 West Chester St
Long Beach N.Y 11561

John Leddy. 1. West Chester St.
Long Beach N.Y 11561

Defendant(s).

RECEIVED
DEC 21 2017
PRO SE OFFICE

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.   **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff LAChANCE DEON BRYANT

If you are incarcerated, provide the name of the facility and address:

Clinton Corr. Facility
P.O Box 2000
Dannemora, N.Y 12929

Prisoner ID Number: 17A3781

1

if you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

PETER RYAN
**Full Name**

LONG BEACH POLICE OFFICER
**Job Title**

1 WEST CHESTER ST
LONG BEACH N.Y 11561
**Address**

Defendant No. 2

JOHN LEDDY
**Full Name**

LONG BEACH POLICE OFFICER
**Job Title**

1 WEST CHESTER ST.
LONG BEACH N.Y 11561
**Address**

Defendant No. 3

_____
**Full Name**

_____
**Job Title**

_____

2

_____
Address

Defendant No. 4

_____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 5

_____
Full Name

_____
Job Title

_____

_____
Address

## II.   Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? <u>Long Beach Rail Road L.I.R.R Station Park Pl./Park Ave.</u>

_____

When did the events happen? (include approximate time and date) <u>12-25-16  12:45 AM</u>

_____

_____

3

Facts: (what happened?) I LACHANCE BRYANT WAS APPROACHED BY A LONG BEACH POLICE OFFICER while in long BEACH LIRR & the OFFICER took out his WEAPON ON ME & I RAN OUT the exit OF the L.I.R.R to exit the taxi STAND SCARED FOR MY LIFE. I RAN BEHIND two taxi's that WERE NOT DIRECTLY in the street or ROAD. PETER RYAN WAS DRIVING while john LEDDY Hanging his head out the WINDOW DIRECTING PETER RYAN while HEADlights ARE OFF. SOON AS I RAN OUT FROM IN BETWEEN the taxi's, PETER RYAN RAN the police car into My legs & lower torso. The OFFICER USED EXCESSIVE FORCE By hitting & Attempting to Kill ME By striking ME with the CAR. The Contact OF the CAR IMPACT INJURED MY FOOT & I BROKE the windshield OF the CAR with the injury to MY HEAD & FACE.

II.A.  Injuries.  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

BROKEN OUT 2 FRONT teeth, FRACTURED Right Foot & HEAD TRAMA. I WAS TRANSFERED to NASSAU COUNTY Hospital, South NASSAU WHERE they treated ME FOR INJURIES & RECEIVED TREATMENT. MY teeth & gums WERE Checked AS WELL AS MY Right Foot

4

III.     Relief: State what relief you are seeking if you prevail on your complaint.

I want Peter Ryan & John Leddy charged for vehical Assault & I am seeking they both be put in jail.
I'm also seeking 5 million Dollars for pain & suffering, mental Anguish. Excessive force, Assault & Battery.
Plaintiff seeks compensatory, punitive & nominal relief in the Amount of 5 million Dollars

I declare under penalty of perjury that on __November 30th 2017__ I delivered this
                                                    (date)
complaint to prison authorities at __Clinton Correctional Facility__ to be mailed to the United
                                         (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __11/30/17__

__Lachance Bryant__
Signature of Plaintiff

__Clinton Correctional Facility__
Name of Prison Facility or Address if not incarcerated

__P.O Box 2000__
__Dannemora, N.Y 12929__

Address

__17A3781__
Prisoner ID#

rev. 12/1/2015

5