UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LACHANCE DEON BRYANT, 17-A-3781,

                    Plaintiff,

                    ORDER
-against-               17-CV-7482(JFB)(GRB)

PETER RYAN and JOHN LEDDY,

                  Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 12 2018 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

On December 21, 2017, incarcerated *pro se* plaintiff Lachance Deon Bryant ("plaintiff") filed a complaint in this Court pursuant to 42 U.S.C. § 1983 ("Section 1983") against two individuals alleged to be police officers employed by the City of Long Beach Police Department, Peter Ryan and John Leddy, together with an incomplete application to proceed *in forma pauperis*. Accordingly, by Notice of Deficiency dated December 21, 2017, plaintiff was instructed to complete and return an enclosed *in forma pauperis* application within fourteen (14) days in order to proceed with his case. (Dkt. No. 7.) On January 8, 2018, plaintiff filed a complete application to proceed *in forma pauperis*. Although untimely filed, the Court accepts the application.

Upon review of the declaration accompanying plaintiff's application to proceed *in forma pauperis*, the Court finds that plaintiff is qualified to commence this action without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's request to proceed *in forma pauperis* is GRANTED.

IT IS HEREBY ORDERED that plaintiff is granted leave to file the complaint without prepayment of the filing fee or security therefor; and

IT IS FURTHER ORDERED that the Clerk of Court must forward to the United States Marshal Service for the Eastern District of New York copies of plaintiff's summonses, complaint,

and this Order for service upon the defendants without prepayment of fees; and

IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of this Order to the plaintiff.

SO ORDERED.

s/ Joseph F. Bianco
_____
Joseph F. Bianco
United States District Judge

Dated: January 12, 2018
Central Islip, New York