17-CV-7482 (JFB)(GRB)

6/19/18

Clerk of the court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 25 2018 ★
LONG ISLAND OFFICE

I'm writing to you because I sent in my evidence I'm using to fight my case in on 5/25/18 & I haven't received any letter back stating you received my evidence & I'm unsure if the court sends me back anything stating you receive my mail & I'm just reaching out because I don't know what's the next step so I'm asking.

Thank you!

Respectfully yours,

Mr. Lachano Deon Bryant

17A3781

RECEIVED
JUN 25 2018
EDNY PRO SE OFFICE

