EXHIBIT B

UNITED STATES DISTRICT COURT OF NEW YORK
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

LACHANCE DEON BRYANT,

                    Plaintiff,

        -against-

PETER RYAN and JOHN LEDDY,

                    Defendants.

- - - - - - - - - - - - - - - - x

                    Sing-Sing Correctional
                    Facility
                    Ossining, New York

                    January 16, 2019
                    11:50 a.m.

        EXAMINATION BEFORE TRIAL of LACHANCE
DEON BRYANT, the Plaintiff in the above-entitled
action, taken by the Defendant, held at the
above time and place, pursuant to Federal
Rules of Civil Procedure, taken before Robyn
Lehrmann, a Notary Public in and for the
State of New York.

 ORIGINAL

2

1

2    A P P E A R A N C E S :

3

4    LACHANCE DEON BRYANT
            Pro Se
5            83 East Hudson Street
            Long Beach, New York   11561

6

7

    CAMPOLO, MIDDLETON & McCORMICK, LLP
8            Attorneys for Defendants
            4175 Veterans Memorial Highway
9            Suite 400
            Ronkonkoma, New York   11779

10

    BY:      SCOTT MIDDLETON, ESQ.

11

12

    ALSO PRESENT:

13

    OFFICER WOLPINSKY

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2                              STIPULATIONS

3

4              IT IS HEREBY STIPULATED AND AGREED by

5      and among counsel for the respective parties

6      hereto, that the sealing and certification of

7      the within deposition shall be and the same

8      are hereby waived;

9              IT IS FURTHER STIPULATED AND AGREED

10     that all objections, except to the form of

11     the question, shall be reserved to the time

12     of the trial;

13             IT IS FURTHER STIPULATED AND AGREED

14     that the within deposition may be signed

15     before any Notary Public with the same force

16     and effect as if signed and sworn to before

17     the Court.

18

19

20

21

22

23

24

25

4

1
2      L A C H A N C E     D E O N     B R Y A N T,
3              the Plaintiff herein, having been
4              first duly sworn by a Notary Public
5              of the State of New York, was
6              examined and testified as follows:
7      EXAMINATION BY
8      MR. MIDDLETON:
9          Q      State your name for the record,
10     please.
11         A      Lachance Deon Bryant.
12         Q      State your address for the
13     record, please.
14         A      83 East Hudson Street, Long
15     Beach, New York   11561.
16              MR. MIDDLETON:   Please
17              mark these.
18              (Complaint was marked as
19              Respondents' Exhibit A for
20              identification, as of this
21              date.)
22              (Statement was marked as
23              Respondents' Exhibit B for
24              identification, as of this
25              date.)

5

```
1              Lachance Deon Bryant
2                   (Handwritten Response to
3              Interrogatories was marked as
4              Respondents' Exhibit C for
5              identification, as of this
6              date.)
7                   (Typewritten Response to
8              Interrogatories was marked as
9              Respondents' Exhibit D for
10             identification, as of this
11             date.)
12                  (Cover Sheet for United
13             States District Court, Eastern
14             District of New York document
15             was marked as Respondents'
16             Exhibit E for identification,
17             as of this date.)
18        Q     Good morning, Mr. Bryant.  My
19   name is Scott Middleton.  I represent the
20   police officers in this matter, Peter Ryan
21   and John Leddy, both of the Long Beach Police
22   Department.
23             I am going to ask you some
24   questions about an incident that occurred and
25   a lawsuit that resulted from that that you
```

6

Lachance Deon Bryant

1

2  brought against those two officers.  If at

3  any time you don't understand the question,

4  let me know, and I'll rephrase it for you.

5  If you give me the answer to a question, I'll

6  assume, and the record will reflect, that you

7  understood the question, and that question

8  will stand.  If at any time that you need to

9  take a break, you need to speak with the

10  corrections officer and see if that's okay

11  with him.

12          I ask that all of your

13  responses be verbal and not nods of the head

14  or shaking of the head or uh-huh or uh-uh,

15  because it makes it difficult for the

16  interpreter to interpret what that means, if

17  not impossible.

18          Do you understand those

19  instructions?

20      A     Yes, I do.

21      Q     Did you bring a lawsuit against

22  Officer Peter Ryan and Officer John Leddy of

23  the Long Beach Police Department?

24      A     Yes, I did.

25      Q     Is that as a result of

7

1           Lachance Deon Bryant

2    something that occurred on December 25, 2016?

3           A      Yes.

4           Q      Did that occur at approximately

5    12:30 a.m.?

6           A      No.  Approximately, in my court

7    papers, it says 12:45.

8           Q      A.m.?

9           A      Yes.

10          Q      You gave an address of 83 East

11   Hudson Street in Long Beach.  How long had

12   you resided there before you were

13   incarcerated?

14          A      I live there all my life.

15          Q      Who did you live with at the

16   time?

17          A      My grandmother and grandfather.

18          Q      What is your grandmother's

19   name?

20          A      Thelma McCray.

21          Q      Your grandfather?

22          A      William McCray.

23          Q      Did anyone else live in the

24   house at that time?  By "at that time," I

25   mean prior to your incarceration after the

8

| | | |
|---|---|---|
| 1 | | Lachance Deon Bryant |

December 25th event.

3     A     She lived there, too.

4     Q     What is her name?

5     A     Corinthian Strunk.

6     Q     Prior to December 25, 2016, had

7  you been arrested before?

8     A     Yes.

9     Q     How many times?

10     A     Probably like -- I would say

11  like four or five.

12     Q     How many of those arrests were

13  as a result of allegedly committing

14  misdemeanors?

15     A     One.

16     Q     And how many were as a result

17  of committing felonies?

18     A     Well, a lot of my times they

19  was.  One, my first time, was 2004 -- no --

20  2002.  2002 was my first time.  That was

21  youthful offender.

22          Second time I -- my first time

23  getting a felony was 2004 -- well, they

24  sentenced me in 2005, so that was the felony

25  time.

9

1                    Lachance Deon Bryant

2                    And the rest are results of

3     violation of parole.  And I had a case in

4     2014 that I got arrested, but the charges, I

5     beat it at the grand jury.

6          Q          Did that result in a lawsuit

7     against the City of Long Beach?

8          A          Yes.

9          Q          That case was dismissed, right?

10         A          Yes.

11         Q          Your 2002 arrest, what were you

12    arrested for?

13         A          I was arrested for robbery.

14         Q          Did you use a weapon during

15    that robbery?

16         A          No.

17         Q          Were you sentenced to anything?

18         A          Yes.  I was sentenced to six

19    months, five years probation.

20         Q          In the 2004 arrest, what was

21    that for?

22         A          That was for assault.

23         Q          Did you use a weapon in the

24    assault?

25         A          Yes.

10

Lachance Deon Bryant

1

2    Q    What type of weapon?

3    A    A gun, .25 automatic.

4    Q    What type of automatic.

5    A    .25.

6    Q    Did you shoot someone?

7    A    Yes.

8    Q    How badly were they injured?

9    A    Two shots to the back.

10   Q    What were you convicted of?

11   A    I was convicted of assault.  I

12   can't really say.  I don't remember what

13   degree it was, but I know it was assault.

14   Q    Was that after a trial or did

15   you plead?

16   A    No.  I plead.  I got five

17   years, five post release.

18   Q    You pled in 2005?

19   A    Yes.

20   Q    Did you serve until 2010?

21   A    I served until 2009.

22   Q    When you were released, you had

23   to do another five years probation, or was it

24   parole?

25   A    Parole.

11

1                    Lachance Deon Bryant

2          Q        Is that where the parole

3     violations took place?

4          A        Yes.

5          Q        What was the nature of the

6     parole violations?

7          A        The nature of my parole

8     violation, first one was 2010.  I was in a

9     situation with my friend where I got charged

10    with assault, a misdemeanor assault.

11         Q        Did that occur in Long Beach?

12         A        Yes.

13         Q        Were you arrested by the Long

14    Beach Police Department?

15         A        Yes.

16         Q        What was the next parole

17    violation?

18         A        Absconding.  That was -- I got

19    arrested 2013.

20         Q        Was that also in Long Beach?

21         A        Yes.

22         Q        When was the next parole

23    violation?

24         A        2014.

25         Q        What was that for?

1                    Lachance Deon Bryant

2          A       That was for not reporting

3    to -- absconding, they call it.

4          Q       Not reporting.

5                  As a result of any of those

6    parole violations, were you sent back to

7    prison?

8          A       All of them.

9          Q       For how long?

10                 In 2010 how long did you return

11   to prison?

12         A       I did twelve months.

13         Q       What about for the 2013, not

14   reporting?

15         A       I had to do -- I went to

16   Willard.  I finished Willard, so I did

17   fifteen months.

18         Q       What about 2014?

19         A       Eight months.  I was finished.

20         Q       Any other arrests, convictions,

21   or pleas between 2002 and 2016?

22         A       Well, I had a DUI, too.

23         Q       When was that?

24         A       2015.

25         Q       Where were you arrested?

13

                    Lachance Deon Bryant

1

2       A       Long Beach.

3       Q       What were you driving under the

4  influence of?

5       A       I was smoking weed.  That is

6  what they said.

7       Q       Were you convicted of that or

8  did you plead?

9       A       I got -- I think they gave

10  me -- I don't remember what it was.  I think

11  it was like fifth degree.  I think they gave

12  me like possession.

13      Q       Fifth degree possession?

14      A       Yes.

15      Q       They dismissed the other

16  charges?

17      A       Yes.  They gave me a fine.

18      Q       2014, the lawsuit that you

19  brought against the City of Long Beach, what

20  did you allege happened in that?

21      A       They falsely arrested me.  Like

22  it was in Hempstead, New York, and they told

23  me that I was being arrested for not

24  reporting to parole.  And they really

25  arrested me for shooting somebody.

14

1            Lachance Deon Bryant
2        Q        Did you ever hire an attorney
3   for any of the lawsuits for the lawsuits
4   against the City of Long Beach?
5        A        No.
6        Q        And you don't have an attorney
7   today, right?
8        A        No.
9        Q        You are here pursuant to a
10  write of habeas corpus that brought you down
11  from another prison facility?
12       A        Yes.
13       Q        What prison facility is that?
14       A        Five Points Correctional.
15       Q        Before we get to Five Points,
16  let's talk about the 2004 arrest and
17  incarceration.
18               Where were you incarcerated at
19  that time?
20       A        I went from Washington
21  Correctional Facility -- Nassau County to
22  Washington.  From Washington I went to Green
23  BOX.  From Greene box I went to Wyoming.
24  From Wyoming I went to Orleans box.  From
25  Orleans box I went to Elmira.  From Elmira I

15

1           Lachance Deon Bryant

2    went to Collins box.   From Collins box I went

3    to Auburn.   From Auburn I went to Lakeview.

4    From Lakeview I went to Attica.   From Attica

5    I came home.

6           Q       After the 2014 arrest and the

7    -- the 2004 arrest and incarceration, were

8    you charged with anything while you were in

9    prison?

10          A       No.

11          Q       Were you ever charged with

12   prison contraband?

13          A       No.

14          Q       Have you been charged with

15   prison contraband since this arrest and

16   incarceration, meaning the 2016?

17          A       No.

18          Q       Did you ever hide a razor blade

19   in a bar of soap or anywhere else?

20          A       No.

21          Q       Have you had any disciplinary

22   action while you were in prison, either after

23   the 2004 arrest or the 2016 arrest?

24          A       Pertaining to what?

25          Q       Anything.

16

Lachance Deon Bryant

1

2      A      You said tickets?

3      Q      No.  Any sort of disciplinary

4  actions against you while in prison.

5      A      Yes.  An assault on staff.  I

6  had a weapons charge.

7      Q      What was the weapons charge?

8      A      A razor blade being in the top

9  of the cell, when I was in a double bunk

10  cell.

11      Q      Anything else?

12      A      No.

13      Q      The razor blade, was that after

14  the 2004 arrest or the 2016 arrest?

15      A      That was during the 2004 arrest

16  in Auburn Correctional Facility.

17      Q      Where was the assault on staff?

18      A      That was Coxsackie.  I forgot

19  to say Coxsackie.

20      Q      When was that; do you remember?

21      A      2006.

22      Q      Where did Coxsackie fall in?

23      A      I went from Wyoming to New

24  Orleans, then I went to Coxsackie.  From

25  Coxsackie I went to upstate box, and then I

Lachance Deon Bryant

1

2      went to Elmira, and then everything else.

3            Q        When were you convicted in

4      connection with the latest incarceration?

5            A        Right now?

6            Q        Yes.

7            A        Like when did I get sentenced?

8            Q        Convicted, sentenced, whatever.

9      Whichever date you remember.

10           A        I was sentenced in -- August.

11     August or September.

12           Q        Of what year?

13           A        2017.

14           Q        Was that the result of a plea

15     or trial?

16           A        No.  That was a plea.

17           Q        What were you -- what did you

18     plead to?

19           A        Criminal possession of a weapon

20     in the second and attempted burglary.

21           Q        What is your sentence?

22           A        Seven years, five years post.

23           Q        Seven years, five years post?

24           A        Yes.

25           Q        Since being incarcerated after

18

                    Lachance Deon Bryant

1

2    your plea in August or September of 2017,

3    where have you been?

4         A      I went to Downstate.  From

5    downstate I went to Clinton.  From Clinton

6    I've been in Five Points.  Now I am here for

7    court.

8         Q      Any disciplinary issues with

9    respect to these three facilities?

10        A      I had like talking in the

11   hallway.

12        Q      Anything else?

13        A      I had covering my light ticket.

14        Q      Covering your light?

15        A      Yeah.

16        Q      Anything else?

17        A      No.

18        Q      What is your date of birth?

19        A      3/16/85.

20        Q      What is your highest level of

21   education?

22        A      Twelfth grade.

23        Q      Where did you go to school?

24        A      Long Beach, to BOCES.

25        Q      What happen you study at BOCES?

19

                    Lachance Deon Bryant

1

2        A       I was so bad.  I didn't care

3    about school.  I'm not even going to lie to

4    you.

5        Q       Did you graduate?

6        A       No.  I got arrested.

7        Q       That was in 2002?

8        A       Yes.

9        Q       Have you had any training

10   during your incarceration, either the present

11   incarceration or the last incarceration?

12       A       I got my -- I got my

13   certificate in -- I am a carpenter's helper.

14       Q       When did you get that?

15       A       I got that 2007, in Elmira.

16       Q       Have you had any jobs while you

17   have been incarcerated?

18       A       No.

19       Q       They haven't given you any

20   tasks to do or assigned you to anything?

21       A       Nope.

22       Q       Other than the two lawsuits

23   that you told me about against the City of

24   Long Beach, have you been involved in any

25   other lawsuits?

20

Lachance Deon Bryant

1

2    A    No.

3    Q    Have you ever been in the

4  military?

5    A    No.

6    Q    Prior to your arrest in 2016,

7  were you working?

8    A    Yes.

9    Q    Where were you working?

10   A    I was working in Minnesota for

11  a construction company called Calgaro

12  Construction.

13   Q    What city in Minnesota?

14   A    Avon.

15   Q    When did you move to Minnesota?

16   A    I moved to Minnesota in 2016.

17   Q    Where were you living?

18   A    I was living in Avon,

19  Minnesota.

20   Q    What was the address?

21   A    I don't know.  I don't remember

22  that address.

23   Q    Who were you living with?

24   A    I was living with my boss,

25  Jeremy Calgaro.

21

Lachance Deon Bryant

1
2       Q       How do you know Jeremy?
3       A       I met him in Long Island.  He
4  was working at We Built.  We did work on the
5  Presbyterian church that they have, the new
6  one that was just built.
7       Q       The Presbyterian church?
8       A       Yes.  I met him through my God
9  sister's daughter's father.
10      Q       God sister's daughter's father?
11      A       Yes, God sister's daughter's
12 father.
13      Q       Was he from Minnesota or from
14 Long Island?
15      A       No.  He is from Minnesota.
16      Q       And you moved out there to work
17 for him?
18      A       Yes.
19      Q       How long did you work for him?
20      A       I worked for him from January
21 to August.
22      Q       2015?
23      A       2016.
24      Q       Is that how long you lived in
25 Minnesota?

22

Lachance Deon Bryant

1

2      A      Yes.

3      Q      Why did you leave?

4      A      Because I had a situation with

5  my son's mom where I had to come back.  She

6  was trying to keep my son away from me, and I

7  wasn't -- I'm not that type of person that my

8  son means everything to me, so I had to come

9  back in order for me to help him grow up.

10      Q      Your son's name is Chase?

11      A      Chance.

12      Q      Chance?

13      A      Chance.

14      Q      How old is Chance?

15      A      Six years old.

16      Q      Who does he live with now?

17      A      He lives with his mom.

18      Q      What is her name?

19      A      Antonia Darwin.

20      Q      Other than Chance, do you have

21  any other children?

22      A      No.

23      Q      Where does Antonia live?

24      A      She lives in the Bronx.

25      Q      Do you know her address?

Lachance Deon Bryant

1

2      A      Yeah.

3      Q      What is the address?

4      A      I don't feel comfortable giving

5   it to you, to be honest.

6      Q      What section of the Bronx?

7      A      She lives in Gun Hill.

8             MR. MIDDLETON:  Off the

9             record.

10             (A discussion was held off

11             the record.)

12      Q      You have three brothers or

13   sisters?

14      A      Yes.

15      Q      Where do they live, Long Beach?

16      A      No.  Hempstead.  One lives in

17   Long Beach, one lives in Florida, and one

18   lives in Suffolk.

19      Q      The night or early morning that

20   you were arrested, where were you before you

21   got arrested?

22      A      I was in Queens.

23      Q      Were you at some sort of a

24   holiday or Christmas thing with family?

25      A      Yes.  I was with my son, my

Lachance Deon Bryant

1
2  girl and her son.
3        Q        Do you have any custodial
4  rights to your son now?
5        A        Custodial rights to him?
6        Q        Do you have custody at all or
7  has it been terminated?
8        A        Nobody has custody.  We never
9  went to -- I never been to court about him.
10       Q        Are you still dating this girl?
11       A        Which one?
12       Q        The one that you were with the
13  night that you were arrested?
14       A        Yes.
15       Q        What is her name?
16       A        Shakima Owens.
17       Q        Does she live in Long Beach or
18  Queens?
19       A        She lives in the Bronx.
20       Q        How old is her son?
21       A        Her son is going to be six
22  tomorrow.
23       Q        Where were you in Queens?
24       A        I was in Richmond Hill.
25       Q        Were you at a house or an

25

Lachance Deon Bryant

1

2    apartment?

3         A      A house.

4         Q      Whose house?

5         A      Her house.

6         Q      Shakima's?

7         A      Yes.

8         Q      She lived in Queens at the

9    time?

10        A      Yes.

11        Q      What time did you leave Queens?

12        A      I left Queens around like

13   11:30.

14        Q      Do you remember the address

15   that she lives in in Richmond Hill?

16        A      I forgot.  I forgot the

17   address.

18        Q      Do you remember the street?

19        A      113th and Jamaica Avenue.

20   113th and Jamaica Avenue.

21        Q      So you left around 11:30.

22   Where did you go from there?

23        A      I went to 111th Street, got on

24   the J train, went to Queens station, bought a

25   ticket for Long Beach.

26

|    |   |                                          |
|----|---|------------------------------------------|
| 1  |   | Lachance Deon Bryant                     |
| 2  | Q | So you went to Jamaica station?          |
| 3  | A | Yes.                                     |
| 4  | Q | Jamaica to Long Beach?                   |
| 5  | A | Yes.                                     |
| 6  | Q | Do you remember what train you           |
| 7  |   | caught?                                  |
| 8  | A | What time?                               |
| 9  | Q | Yes.                                     |
| 10 | A | No.                                      |
| 11 | Q | How long is the train ride from          |
| 12 |   | Jamaica to Long Beach?                   |
| 13 | A | I would say probably like close          |
| 14 |   | to an hour.  I don't know.  Forty-five   |
| 15 |   | minutes, probably.                       |
| 16 | Q | Okay.                                    |
| 17 | A | Maybe.                                   |
| 18 | Q | Do you know a Cynthia Betty?             |
| 19 | A | Yes.  My aunt.                           |
| 20 | Q | She lived in Long Beach?                 |
| 21 | A | Yes.                                     |
| 22 | Q | When you say it's your aunt,             |
| 23 |   | who is she related to?                   |
| 24 | A | My father's sister.                      |
| 25 | Q | Getting back to your                     |

27

Lachance Deon Bryant

2    grandparents that you live with you, are they
3    on your mother's side or father's side?

4          A       My mother's parents.

5          Q       Is your father still alive?

6          A       Yes.

7          Q       Where does he live?

8          A       With her.

9          Q       He lives with your aunt?

10         A       Yes.

11         Q       What is your father's name?

12         A       Howard Bryant.

13         Q       Is your mother still alive?

14         A       Yes.

15         Q       What is her name?

16         A       Valerie Strunk.

17         Q       Does she live in Long Beach or
18   somewhere else?

19         A       No.  She lives in Hempstead.

20         Q       Hempstead, okay.

21                 Had you been to visit either
22   your father or your aunt just before you were
23   arrested?

24         A       I went -- I visited my aunt.

25         Q       Was your father at home at that

1                    Lachance Deon Bryant

2    time?

3         A         No.

4         Q         What time did you get to her

5    house?

6         A         I had to get there at least

7    like 12:30.

8         Q         In Long Beach does she live?

9         A         She lives 31 Birch Court.

10        Q         Where is Birch Court in

11   relation to the train station, city hall,

12   et cetera?

13        A         Precisely like two,

14   three-minute walk.  It is right there.  It is

15   Channel Park Homes.

16        Q         How long did you stay at your

17   aunt's house?

18        A         Roughly, like I'd say the

19   longest, maybe ten minutes.

20        Q         She was home?

21        A         Yes.

22        Q         Did you have any discussion

23   with her?

24        A         Yep.  Yes.

25        Q         What did you talk about?

29

                     Lachance Deon Bryant

1

2      A      I talked to her about her lying

3  to people, telling people that I did

4  something to them.  And we started arguing,

5  and I pulled out a gun on her.  Because she

6  had me so mad, like, so I threatened her

7  life.

8      Q      You were carrying weapons at

9  the time?

10     A     Yes, I was.

11     Q     How many?

12     A     I had two guns.

13     Q     Did you have any other weapons?

14     A     No.

15     Q     Did you pull both guns out?

16     A     Yep.

17     Q     Were they both handguns?

18     A     Yes.

19     Q     Was one an automatic?

20     A     Yes.

21     Q     Was one a revolver?

22     A     Yes.

23     Q     You threatened to kill her?

24     A     I didn't threaten to kill her.

25  I told her that -- I told her, you got people

30

Lachance Deon Bryant

1

2  out here talking about me. Like she told one

3  of my friends something and the whole word

4  around the town was someone was trying to

5  kill me now.

6        So I am letting her know, you

7  see what the fuck you did. Look at what you

8  did. You got people coming after me

9  discussing my name, and I never told you

10  anything from -- to say anything about me.

11        Like I was mad. Like I put in

12  fear because she had my life on the line,

13  like. I wanted to do something to her. I

14  would have did it. I am not playing. If I

15  wanted to kill her, I would have killed her.

16      Q    So you just wanted to scare

17  her?

18      A    Yes. I wanted to let her know,

19  look what she did. She put my life in

20  jeopardy over nothing, when I am doing good

21  for myself and you are bringing my name up.

22  And the word around the town was somebody

23  wanted to kill me. So nobody is going to

24  kill me. I will kill you first, most

25  definitely.

31

Lachance Deon Bryant

1

2      Q      And how long did this argument

3  or interaction last?

4      A      I would say it was like two

5  minutes.

6      Q      After that two minutes, did you

7  leave?

8      A      Yes.

9      Q      Where did you go?

10     A      I was going back home.

11     Q      How far away did you live from

12  where your aunt lived?

13     A      I would say like a

14  fifteen-minute walk.

15     Q      Did you come to learn that your

16  aunt called the police about the incident?

17     A      I found out once I got to the

18  train station, that I knew that she called

19  the police.

20     Q      How did you find out?

21     A      The police know me, and when I

22  was walking, they seen me and was, like,

23  Chance, and I am like -- I looked and I

24  started running.

25     Q      Do you remember the police

32

1                    Lachance Deon Bryant

2    officer that called out your name?

3           A        No, I don't remember who it

4    was.

5           Q        Did that police officer draw

6    his weapon?

7           A        I didn't sea the police

8    officer.

9           Q        When you ran, where did you run

10   to?

11          A        I ran through the train

12   station, and -- I ran through the train

13   station, I ran through the taxi stand, and as

14   I was running through the taxi stand, I hit

15   between two taxis, and then I was trying to

16   make it to the sidewalk on the side where the

17   taxi is at, and as I was trying to make it to

18   the taxi -- I mean to the sidewalk, the

19   officers came and hit me with the car.

20          Q        Let's take that one step at a

21   time.

22                   Okay?

23          A        All right.

24          Q        So you ran from the initial

25   police officer when he called your name?

33

Lachance Deon Bryant

1

2      A      Yes.

3      Q      Did he tell you to stop?

4      A      No.  He just said Chance, and

5  I -- like I already know what time it is,

6  like I already know what is going on, so I

7  know I got guns on me.  I am, like, shit.  I

8  knew that she called the cops on me.  I

9  already felt it, like, because my brother and

10  them was there with her.  So I knew that.

11  Like when I was leaving, I heard her saying

12  something like, I am calling the police.  But

13  I am thinking to myself, I didn't do nothing

14  to you.  You deserve that, like dead, as I

15  don't care how you feel.  You deserved this.

16  My life is in danger now.  I put you in a

17  position where you felt your life was in

18  danger, so I ran off, I walked off.

19              And I walked and I got to the

20  train station right underneath where the bus

21  is at.  The officer was coming right after

22  out the police station.

23      Q      What were you wearing?

24      A      I was wearing a burgundy

25  hoodie, burgundy coat, blue jeans, blue denim

34

Lachance Deon Bryant

1

2  jeans with burgundy underneath them, and

3  black sneakers.

4       Q       The burgundy coat, was it a

5  leather coat?

6       A       No.  A flight jacket.

7       Q       You said that your brothers

8  were at your aunt's house?

9       A       One of my brothers.

10      Q       Which one?

11      A       Robert Stockdale.

12      Q       Was anyone else at your aunt's

13 house?

14      A       Yes.  Her son Cedrick Ward and

15 his son, Isaiah.  I don't know if his last

16 name is Ward or -- what his last name is, but

17 Cedrick's son.

18      Q       Anyone else?

19      A       I didn't see nobody else.  If

20 somebody was there, like, I didn't.

21      Q       The weapons that you pulled out

22 while you were at your aunt's house, were

23 they loaded?

24      A       Like they didn't have -- they

25 had bullets in it, but...

35

                    Lachance Deon Bryant

1

2          Q       They did or didn't?

3          A       They did have bullets in it.

4          Q       The automatic had a clip?

5          A       Yes.

6          Q       How many clips did you have

7    with you?

8          A       One clip.

9          Q       After the police officer called

10   your name and you began to run, did you drop

11   the clip?

12         A       No.  I threw the whole gun.

13   One -- actually, when I was running, one of

14   the guns fell like that (indicating).  It's

15   the one with the clip, but it fell right

16   where I started running at.

17         Q       Where were you carrying the

18   gun, the one that fell?

19         A       On my waist.

20         Q       What about the other gun?

21         A       Both.  It was in my waist, too.

22         Q       Was the revolver in any type of

23   holster?

24         A       Yes.

25         Q       You said you ran through the

36

Lachance Deon Bryant

1

2    train station where the taxi stand is?

3        A       Yes.  The taxi stand is

4    connected to the train station.

5        Q       Did you try to hide between a

6    couple of taxis that were parked?

7        A       I did hide between two of them.

8        Q       As you are facing city hall,

9    are the train tracks to the right or to the

10   left?

11       A       Facing city hall, like city

12   hall is where you are at, the tracks is where

13   I am at, so where this is the police station,

14   the train tracks is on this side, this way

15   (indicating).

16       Q       Were you behind city hall?

17       A       I was in front of city hall.

18               Like city hall is here, and I

19   was here (indicating).  Like I came from this

20   way (indicating).  I was here, this is the

21   police station door (indicating).  And as I

22   got directly right there, soon as I walked

23   through under the tunnel and they can see me,

24   they called me right there.  They was just

25   waiting.  I don't know if he came out on the

37

Lachance Deon Bryant

1  call or whatever it was, but some reason I
2  got under there and they seen me, like they
3  already know, they know me.

4  So as soon as I got under
5  there, and she was telling them where I was
6  going, anyway, I'm pretty sure, because
7  directly from where I was walking, like she
8  can watch me walk -- like, literally, I can
9  walk and walk, and she can just watch me and
10  know like he is coming right there.  I
11  already knew that she told them that I was
12  coming this way.

13  Q        How long were you hiding
14  between the taxis?

15  A        Give or take, it wasn't no less
16  than ten seconds.

17  Q        When you left that hiding spot,
18  did you run, did you walk, or something else?

19  A        No.  I ran out.

20  Q        How far away was the sidewalk
21  that you were trying to get to?

22  A        I would say like this table
23  length.

24  Q        The entire table?

38

Lachance Deon Bryant

1
2      A      No.  Like --
3      Q      Just one table?
4      A      Just this one table.
5      Q      About ten feet?
6      A      Yeah.
7      Q      In that ten feet is when you
8  were hit by the police car?
9      A      Yes.
10     Q      Before you started to run from
11 the taxis, did you look to see if there was
12 any traffic coming?
13     A      It wasn't.  Like I -- I didn't
14 see.  They had their lights off.  Like it
15 wasn't literally -- it was a car -- it was a
16 car, like, parked at the side, and as soon as
17 I stepped out, like, because, you know, I am
18 looking back worrying, I know I got an
19 officer on me, behind me, so as soon as I
20 looked back, I knew he wasn't there.  I
21 checked as soon as I was running out.  Like
22 the car was coming with no lights on and the
23 officer was hanging out the window, like.
24     Q      So you looked behind you to see
25 if the police officer was still following

39

Lachance Deon Bryant

1

2   you?

3          A       Yes.

4          Q       So as you were looking behind,

5   you were walking forward or running forward?

6          A       I was like crouched down.  I

7   was looking back.  And as I was looking back,

8   I started to run forward out from the back of

9   the taxi to get on the sidewalk because I

10  know if I had gotten on the sidewalk, I know

11  they gonna caught me.

12         Q       How far from the front of the

13  taxi were you when you got hit?

14         A       From the front of the taxi?

15         Q       Yes.

16         A       I was behind the taxi, so I

17  was -- the car was in front -- the front of

18  the car was at the rear.

19         Q       All right.

20                 So you were hiding somewhere

21  around the front of the car?

22         A       I was hiding like in the

23  middle, like in between.  In between.  I

24  would say where the sliding door is at.

25         Q       So when you ran, you ran toward

40

1     Lachance Deon Bryant

2 the rear of the taxi because it was parked

3 head in?

4    A   Yes.

5    Q   How far from the rear of the

6 taxi, then, did you get before you got hit by

7 the police car?

8    A   I maybe got like three steps.

9    Q   How fast were you running?

10    A   Well, I just took off.  It

11 wasn't -- it was just like -- I tried to

12 get -- to gain speed to get to the sidewalk

13 so I don't -- I didn't.  I wasn't running

14 that fast.

15    Q   So you got up, you started to

16 run, took about three steps, and you got hit?

17    A   Yeah.

18    Q   How fast are you?

19    A   I am a fast runner.

20    Q   In addition to being a fast

21 runner, are you able to accelerate pretty

22 quickly when you run?

23    A   Yes, normally.

24    Q   Did the police car come from

25 your left or your right?

41

Lachance Deon Bryant

1

2      A      It came from my right.

3      Q      Were you trying to run directly

4   across the street or at an angle or something

5   else?

6      A      It wasn't -- it wasn't the

7   street.  I was like -- how can I say it?

8   Like it wasn't nowhere in the street.  It was

9   like -- like this is the street right here,

10  this is like where the cars park at, they are

11  allowed to park, and first it is a sidewalk,

12  then there are cars where there is parking.

13  You know what I mean?  It wasn't like -- I

14  wasn't in the street.

15     Q      So it was a parking area for

16  the cabs?

17     A      Yes.

18     Q      But you can drive cars in front

19  of the cabs, right?

20     A      Yes -- no, you can't drive cars

21  in front of the cabs, not at all.

22     Q      Well --

23     A      Because it's taxi.

24     Q      At the rear of the cabs?

25     A      No.  In that area where I was

42

1               Lachance Deon Bryant
2    hit at, you can't drive there.  It is
3    nothing.  It is like a little -- there used
4    to be a garbage -- like where they crush the
5    garbage at.  It used to be one of those
6    things there.  But it was moved.  It is just
7    behind it.  It is like -- it is basically
8    like the red -- it is a gate that is
9    protecting for people not to go on the
10   tracks.
11        Q       You were flung the opposite
12   direction from the train, right?
13        A       In opposite direction.
14        Q       You weren't running towards the
15   train tracks, you were running away from the
16   train tracks?
17        A       Yes.
18        Q       But there are vehicles that
19   drive in that area, the cabs drive there?
20        A       Yes.
21        Q       The cabs drive there?
22        A       Yes.
23        Q       Other vehicles drive in that
24   area?
25        A       Yes.

43

Lachance Deon Bryant

1

2      Q        The police came from your right

3   when you --

4      A        The police came like -- if I am

5   running this way, the police was coming

6   directly off of Park Place.  Park Place --

7   Park Place -- like they was coming from

8   towards Marcus Street.

9           So they was coming up Park

10  Place towards Marcus Street.  I don't know

11  where he was coming from, to be honest.  I

12  just know it was coming from that direction.

13     Q        You had an idea they were

14  looking for you?

15     A        I know they was looking for me.

16  I didn't -- I knew the police behind me was

17  looking for me.  I didn't know there was a

18  car coming.  I didn't know that the police

19  officers -- I didn't know they had a direct

20  hit on me, like from coming at that angle.

21     Q        You weren't paying attention to

22  the car, you were paying attention and

23  looking at the police officers that were

24  running up behind you?

25     A        Basically.

44

Lachance Deon Bryant

1

2    Q        Did you see the car at all
3  before it hit you?

4    A        Yes.  The reason I seen it,
5  because the officer was directing him, like
6  Leddy was directing them.  I know them.  So I
7  seen him hang out the window, and he was
8  telling them, like, left, left, left, and it
9  wasn't no accident at all, like.

10        Honestly, it wasn't no accident
11  what they did, like even though I got guns on
12  me.

13            MR. MIDDLETON:  Move to
14            strike those portions that are
15            not responsive.

16    Q        There is no question with
17  respect to what they did.  I'm still asking
18  you how it happened.  So we'll get to the
19  next part, though.  Okay?

20        For how long a period of time
21  did you see the police car before it made
22  contact with you?

23    A        Like two seconds.

24    Q        Did you do anything to get out
25  of the way of the police car?

45

Lachance Deon Bryant

1

2      A      I jumped to the left.

3      Q      When you jumped to the left,

4  did the car strike you?

5      A      Yes.

6      Q      What part of the car struck

7  you?

8      A      The front right end.

9      Q      Right, meaning passenger side?

10     A      Yes, the passenger side.

11     Q      What part of your body did it

12  strike?

13     A      It hit my legs and -- it hit my

14  whole body, like.  I don't really know what

15  went on because it was that fast and it was

16  over.

17     Q      Did your body then strike the

18  windshield of the police car?

19     A      My face hit it.

20     Q      Do you have a driver's license?

21     A      Yes.

22     Q      How long have you been driving?

23     A      I've been driving since 2009 --

24  well, I've been driving before that.  Like I

25  had a license since 2009, but I was driving

46

```
1                   Lachance Deon Bryant
2     before that.  I've been driving since I was
3     sixteen.
4          Q       In the two seconds that you saw
5     the car before it hit you --
6          A       Um-hum.
7          Q       -- were you able to determine
8     its speed?
9          A       No.  But I know it was fast.
10         Q       You know it was fast, but you
11    only saw it for two seconds?
12         A       Yes.
13         Q       After you were struck, did you
14    feel pain in any part of your body?
15         A       My whole body was numb.  Like
16    my face was the most crucial part, though.
17         Q       After you were struck, did the
18    police restrain you in any way?
19         A       I know they just -- like he put
20    his foot on my back and told me to stay down,
21    like telling me to stay down.
22         Q       After your face hit the
23    windshield, you rolled off the front of the
24    car?
25         A       I don't know.  I can't tell you
```

47

1                  Lachance Deon Bryant

2    what happened.

3          Q       Were you on the ground when the

4    police officer put his foot on your back?

5          A       Yes.

6          Q       Did the police officer handcuff

7    you?

8          A       Yes.

9          Q       Do you know if the police car

10   hit anything other than you?

11         A       Yes.  It hit the taxis, too.

12   It hit the right one, the taxi first on the

13   street.

14         Q       Did you see it hit the taxi, or

15   did you know it hit the taxi after the

16   incident occurred?

17         A       No, I didn't see it hit the

18   taxi.  I noticed after it occurred.

19         Q       By the way, have you seen any

20   videotapes of this?

21         A       I mean a videotape of me, like.

22   It didn't show, like, the police, the vehicle

23   and the taxi, because they didn't give me

24   that tape.  They didn't give me that camera

25   angle.

48

Lachance Deon Bryant

1

2    Q        Who did that tape?

3    A        Well, they told me -- well, my

4    private investigator, Donald Samone, told me

5    that the precinct -- mine, the precinct --

6    the taxi stand said that that camera angle

7    where I was hit at wasn't working, it was

8    down, that they had a work order in for it.

9    Q        So did you ever see any

10   videotapes of the area at the time that the

11   accident or incident occurred?

12   A        Yes.

13   Q        What tapes did you see?

14   A        I seen tapes of the front of me

15   running fast, the front of the taxi stand.  I

16   seen tapes of the taxi, like they -- it just

17   shows like inside the taxi area where you are

18   going, and orders of the taxis, and seen the

19   upper camera that they have, and it shows

20   just me laying on the ground and the officer

21   putting his foot on my back, and that is it.

22   It doesn't show --

23   Q        That was all from the taxi

24   stand?

25   A        Yes.

49

Lachance Deon Bryant

```
 1                    Lachance Deon Bryant
 2         Q        No body cams or dash cams with
 3   the police officers that you know of?
 4         A        No.
 5                  If there was, like, I never got
 6   it.
 7         Q        You were arrested that
 8   evening --
 9         A        I was arrested.
10         Q        -- or morning --
11         A        Yes, morning.
12         Q        -- I should say?
13         A        Yes.
14         Q        Were you taken to a hospital?
15         A        I was taken to South Nassau
16   Communities Hospital.
17         Q        That is in Oceanside?
18         A        Oceanside, New York.
19         Q        Were you taken to the emergency
20   department?
21         A        Yes.
22         Q        Did they treat you?
23         A        Yes.
24         Q        Did they admit you?
25         A        Yes.
```

50

|    |   |                                      |
|----|---|--------------------------------------|
| 1  |   | Lachance Deon Bryant                 |
| 2  | Q | How long were you admitted for?      |
| 3  | A | I stayed there for three days.       |
| 4  | Q | When you got there, did you          |
| 5  |   | tell them what was hurting?          |
| 6  | A | I don't really remember.             |
| 7  | Q | Did you make complaints about        |
| 8  |   | your foot?                           |
| 9  | A | Yes.                                 |
| 10 | Q | What foot?                           |
| 11 | A | My right foot.                       |
| 12 | Q | Did they X ray it?                   |
| 13 | A | Yes.                                 |
| 14 | Q | Did they tell you that you had       |
| 15 |   | a broken bone in your foot?          |
| 16 | A | They told me it was fractured.       |
| 17 | Q | What other injuries did you          |
| 18 |   | complain about?                      |
| 19 | A | Chest pain, and my mouth and         |
| 20 |   | head, my head.                       |
| 21 | Q | Did you lose your two front          |
| 22 |   | teeth as a result of this accident?  |
| 23 | A | Yes.                                 |
| 24 | Q | Was your head bleeding?              |
| 25 | A | Yes.                                 |

51

```
 1                Lachance Deon Bryant
 2        Q        Did you get any stitches?
 3        A        No.
 4        Q        Did you have any portion of
 5   those teeth extracted, or were they
 6   completely knocked out in the accident?
 7        A        No.  I had one-half, like a
 8   little piece of it was extracted, and --
 9        Q        Was that at the hospital?
10        A        No.  That was recently.  That
11   was -- I can't -- I don't remember what month
12   it was, but that was just recently.  I just
13   went out to the hospital and got it done.
14        Q        While you were in Five Points?
15        A        In Five Points.
16        Q        Did they tell you any other
17   fractures or injuries that you had other than
18   the fractured bone in your foot?
19        A        No.
20        Q        I am going to show you an
21   exhibit that has been marked Exhibit A of
22   today's date.  Now I want to ask you to take
23   a look at this document, and then I will ask
24   you some questions about it.
25                Okay?
```

52

```
1                    Lachance Deon Bryant
2         A      All right.
3         Q      Just flip through those pages.
4                Do you recognize that document?
5         A      Yes.
6         Q      Is that the Complaint that you
7    filed in this --
8         A      Yes.
9         Q      -- lawsuit?
10        A      Yes.
11        Q      Do you see on the page that is
12   numbered four --
13        A      Yes.
14        Q      -- where it says facts?
15        A      Where it says what?
16        Q      Facts.  Up at the top.
17               Do you see that?
18        A      Yes.
19        Q      Do you see where you wrote
20   that?  Is that in your handwriting?
21        A      Yes.
22        Q      Do you see where you wrote down
23   officer took out his weapon?
24        A      Yes.
25        Q      Do you remember an officer
```

53

1                    Lachance Deon Bryant

2     taking his weapon out?

3          A       Like I -- it was from a

4     distance, but like it was -- I was running.

5          Q       So you are not really sure if

6     he took out his weapon?

7          A       Yeah.

8          Q       You are not really sure?

9          A       Yes, I'm not really sure.

10         Q       In any of the other

11    confrontations that you had with Long Beach

12    Police, did they ever draw their weapons on

13    you?

14         A       Yes.

15         Q       When?

16         A       It was 2010, in front of my

17    house.

18         Q       Was that for parole violation?

19         A       No.  It was just a regular

20    stop.  Like they stopped me and -- because

21    they say -- like they say I always have gun

22    on me.

23         Q       When they stopped you that

24    time, did you have any guns?

25         A       No.

54

1                    Lachance Deon Bryant

2          Q        Did you start a lawsuit as a

3    result of that stop?

4          A        No.

5          Q        The guns that you had the night

6    or the morning that you were arrested, were

7    they legal weapons or illegal weapons?

8          A        You mean like --

9          Q        Were you licensed to carry a

10   gun?

11         A        No.

12         Q        Did any of the police officers

13   during the confrontation on December 25, 2016

14   ask you to stop?

15         A        Yeah.

16         Q        Did you follow that

17   instruction?

18         A        No.

19         Q        As a result of that

20   instruction, you kept running?

21         A        Yes.

22         Q        When you were running and

23   eventually hiding, you knew that the police

24   were told that you were armed?

25         A        Yes.  I don't know that they --

55

Lachance Deon Bryant

1    I don't know.  I didn't know that they was

2    told I was armed, but I am assuming that they

3    knew that.

4        Q    You thought your aunt told them

5    that you were armed?

6        A    Of course.

7        Q    You admitted that you were

8    armed at the time that you were stopped?

9        A    Yes.

10       Q    They, in fact, found one gun on

11   you?

12       A    Yes.

13       Q    And there was another gun

14   somewhere in the area, at least a clip

15   somewhere in the area?

16       A    Yes.

17       Q    Was it a gun or a clip or both?

18       A    It was both.

19       Q    Did you admit it was yours?

20       A    No.

21       Q    Let me ask you, was the

22   automatic a black Bersa?

23       A    Black 9.

24       Q    Mini?

1                    Lachance Deon Bryant

2          A        Yes.

3          Q        9 millimeter, right?

4          A        Yes.

5          Q        Do you know what the serial

6     number was on that weapon?

7          A        No.

8          Q        The other one was a .38?

9          A        Revolver.

10         Q        Was it an Amadeo Rossi?

11         A        I am assuming it was.  Like

12    that is what they say it is.

13         Q        Did you ever see the guns after

14    you were arrested?

15         A        Yes.

16         Q        Who showed you those guns?

17         A        The officers that came and

18    fingerprinted me for DNA form.

19         Q        Did you tell the officers those

20    were the guns you were in possession of

21    before the arrest?

22         A        No.

23         Q        When you filled out this

24    Complaint, which correctional facility were

25    you in?

|   |   |   |
|---|---|---|
| 1 |   | Lachance Deon Bryant |
| 2 | A | I was in Clinton. |
| 3 | Q | Clinton, okay. |
| 4 |   | Did anybody help you fill this |
| 5 | out? |   |
| 6 | A | Yes. |
| 7 | Q | Who helped you fill it out? |
| 8 | A | His name, like, Tiger. |
| 9 | Q | Was he another inmate? |
| 10 | A | Yes. |
| 11 | Q | You said that you pled guilty |
| 12 | after the arrest in 2016, true? |   |
| 13 | A | Yes. |
| 14 | Q | So there was no trial? |
| 15 | A | No. |
| 16 | Q | Was there a grand jury |
| 17 | proceeding? |   |
| 18 | A | I didn't go to no grand jury |
| 19 | proceeding. |   |
| 20 | Q | Do you know if you were |
| 21 | indicted? |   |
| 22 | A | Yes, I was indicted. |
| 23 | Q | Did you have assigned counsel? |
| 24 | A | Yes. |
| 25 | Q | Who was your attorney for the |

Lachance Deon Bryant

1

2    2016 arrest?

3         A         Laurie Golombeck.

4         Q         Do you know where her office

5    is?

6         A         Westbury, New York.

7         Q         After your arrest were you in

8    Nassau County Jail?

9         A         Yes.

10        Q         Before your plea were you

11   released from Nassau County Jail?

12        A         No.

13        Q         How much time were you in

14   Nassau County Jail before being moved

15   upstate?

16        A         Eight or nine -- eight to nine

17   months.

18        Q         Does that count towards your

19   time served?

20        A         Yes.

21        Q         I will show you Exhibit B, and

22   I ask that you take a look at that document.

23                  Did you ever see that document

24   before?

25        A         Yes.  I wrote it.

59

|   |   |   |
|---|---|---|
| 1 |   | Lachance Deon Bryant |
| 2 | Q | When did you write it? |
| 3 | A | I can't say that.  I don't know |
| 4 |   | the specific date it was. |
| 5 | Q | You see on the second page your |
| 6 |   | signature? |
| 7 | A | Yes. |
| 8 | Q | 17A3781, is that your prison |
| 9 |   | number? |
| 10 | A | Yes. |
| 11 | Q | Do you see where you indicate |
| 12 |   | that you were approached by an officer with |
| 13 |   | his gun drawn? |
| 14 | A | Yes. |
| 15 | Q | You don't actually remember |
| 16 |   | that, do you? |
| 17 | A | I do remember it. |
| 18 | Q | Before you said that you |
| 19 |   | weren't sure if the officer had his gun |
| 20 |   | drawn. |
| 21 | A | I said I am not sure, but I |
| 22 |   | know the officer there.  I know I was |
| 23 |   | approached by the officer. |
| 24 | Q | Is this the officer that called |
| 25 |   | your name? |

60

| | | |
|---|---|---|
| 1 | | Lachance Deon Bryant |
| 2 | A | Yes. |
| 3 | Q | But you never actually saw his |

4    gun drawn?

5          A      Like, he -- he -- I don't know

6    what it was.  It could have been

7    walkie-talkie or whatever it was.  He -- I

8    just know that he had something in his hand.

9          Q      You see a little further down

10   in that statement that you said that you were

11   stepping from behind these taxis that weren't

12   parked in the street, and you ran out the

13   back, and just as you stepped out from behind

14   these taxis, you saw a vehicle approach with

15   the lights out?

16         A      Um-hum.

17         Q      That was that two-second period

18   of time that you testified to before?

19         A      Yes.

20         Q      Within that two-second period

21   of time, the vehicle hit you?

22         A      Yes.

23         Q      So it was within two seconds of

24   you stepping out from in between those cars?

25         A      Yes.

Lachance Deon Bryant

1

2     Q        It was your intention, had the

3  officer's car not made contact with you, to

4  keep running --

5     A        Yes.

6     Q        -- and to avoid an arrest?

7     A        Yes.

8     Q        And if you made it to the

9  sidewalk, that they wouldn't have caught you?

10    A        I know they wouldn't have

11  caught me.

12    Q        How do you know that?

13    A        I am faster than them.  They

14  never catch me.  They never caught me before,

15  never.  When I was running, never.

16    Q        You have run from the police

17  before?

18    A        Yeah.

19    Q        The police officers knew you

20  ran from them before?

21    A        Yes.

22             MR. MIDDLETON:  Can I have

23             that one?

24    Q        I will show you what is marked

25  as Exhibit C.  I ask that you take a look at

62

Lachance Deon Bryant

1
2    that.
3              Do you remember preparing these
4    answers?
5         A    Yes.
6         Q    Those were prepared in response
7    to questions that my office sent to you,
8    right?
9         A    Yes.
10        Q    These answers that you gave are
11   true?
12        A    Yes.
13        Q    At least based upon your
14   recollection of what occurred.
15        A    Yes.
16        Q    You indicate here that you were
17   treated by a physical therapist while you
18   were at Nassau County Jail.
19        A    Yes.
20        Q    How long did you undergo
21   physical therapy?
22        A    I think I was there -- I think
23   it was like three or four weeks.
24        Q    Was that for your foot?
25        A    Yes.

63

Lachance Deon Bryant

1

2      Q        Did you get any dental care

3   while at the Nassau County Jail?

4      A        No, they didn't.  They looked

5   at my mouth, but they didn't do no dental

6   care.  I didn't get dental care until I was

7   up here.

8      Q        When you were having physical

9   therapy at the jail, how often would you have

10  those physical therapy visits or appointments?

11     A        I get it once a week.

12     Q        What injuries are you claiming

13  occurred as a result of this accident?

14     A        I had head trauma, my teeth

15  knocked out, and fractured foot.

16     Q        When you were in the hospital

17  for the three days, did they cast your foot?

18     A        No.

19     Q        Did they put it in any kind of

20  boot?

21     A        Yes, put it in a boot.

22     Q        How long did you wear the boot

23  for?

24     A        Wore the boot for like a month.

25     Q        That month that you were at the

                    Lachance Deon Bryant

1

2    Nassau County Jail the entire time --

3         A    Yes.

4         Q    -- were you able to take it off

5    to shower?

6         A    Yes.

7         Q    Did you get the boot at the

8    hospital or somewhere else?

9         A    I got the boot at the hospital.

10        Q    Other than the physical therapy

11   and wearing the boot, did you get any

12   treatment for your foot at Nassau County

13   Jail?

14        A    No.

15        Q    Did you get any treatment for

16   your lacerations to your head at the Nassau

17   County Jail?

18        A    Well, they wasn't -- they --

19   they, like, wiped it off and stuff like that.

20        Q    Did you have bandages on it or

21   something else?

22        A    No, I didn't have no bandage.

23   It was just scabs.

24        Q    What parts of your head were

25   cut?

65

1                   Lachance Deon Bryant

2         A        Right here (indicating).

3         Q        Indicating in the hairline,

4    about two inches above the hairline on the

5    left side.

6         A        Yes.

7         Q        Did they give any sort of

8    ointment to put on that?

9         A        No.

10        Q        Were you prescribed any

11   medications after you left the hospital?

12        A        No.  They gave me -- they gave

13   me antibiotics.

14        Q        Did they give you ibuprofen?

15        A        Yes.

16        Q        How long did you -- for how

17   long a period of time did you take the

18   antibiotics?

19        A        I took the antibiotics every

20   day.

21        Q        Since being incarcerated either

22   at Nassau County Jail or Five Points or at

23   the Clinton facility, have you sought any

24   psychiatric or psychological treatment?

25        A        No, I don't -- no.

1              Lachance Deon Bryant

2        Q        Have you asked for any

3  psychiatric or psychological treatment?

4        A        No.

5        Q        I will show you what is marked

6  as Exhibit D.  Take a look at that document.

7        A        Yes.

8        Q        Was that document prepared in

9  response to the questions that my office sent

10 you?

11       A        Yes.

12       Q        That was rejected by the court,

13 true?

14       A        That was rejected.

15       Q        Yes?

16       A        No.  I didn't ever have no

17 documents that said it was rejected.

18       Q        I will show you what has been

19 marked E of today's date.  It is a cover

20 sheet from the United States District Court

21 for the Eastern District of New York.

22              Can you take a look at that.

23              Do you ever recall seeing a

24 document like that?

25       A        What, this right here?

67

1              Lachance Deon Bryant

2        Q      Yes.

3               Did you ever see that document

4    before?

5        A      I'm not sure.  I don't

6    remember.  I was sent a lot of different

7    documents.

8        Q      Do you remember why you would

9    have sent a typed up response to my office's

10   questions and then a handwritten response to

11   my office's questions?

12       A      Because I wasn't sure like how

13   I was supposed to proceed with the whole

14   thing.  Like I wrote, and then I thought it

15   would be -- I was getting help, and somebody

16   told me it would be better for me typing it.

17       Q      In the typed up version of your

18   responses, do you see where number 16 is

19   listed on the first page?

20       A      Yes.

21       Q      It indicates that you were

22   earning eight hundred to a thousand dollars

23   per week.

24       A      Yes.

25       Q      Where were you making that

68

1                    Lachance Deon Bryant

2    money?  Was that in Minnesota?

3         A       Yes.

4         Q       So at the time that you were

5    involved in the accident with the police car,

6    December 25, 2016, you weren't making that

7    eight hundred to a thousand a week, true?

8         A       Yes, I was.

9         Q       You indicated before that you

10   came back from Minnesota sometime in August

11   or September of 2016, true?

12        A       True.

13        Q       Did you return to Minnesota

14   between August and December?

15        A       No.  But I was doing plumbing

16   with my friend David.

17        Q       So it was with a different

18   company or different person that you were

19   making eight hundred to a thousand a week?

20        A       Yes.  It was with a different

21   guy.

22        Q       Local guy?

23        A       Yes.

24        Q       Long Beach?

25        A       Yes.

69

```
 1                Lachance Deon Bryant
 2        Q        What is his name?
 3        A        David Paller.
 4        Q        Pallor, P-A-L-L-O-R, or --
 5        A        L-E-R.
 6        Q        L-E-R, okay.
 7                 Does he have his own business?
 8        A        No.  He works for his boss, so
 9  we was doing like -- he had -- he worked with
10  his boss, and his boss had him -- like if he
11  would call him, and he just go do like local
12  jobs in the neighborhood, help fix people's
13  plumbing.
14        Q        Aside for working for his boss,
15  he did side jobs?
16        A        Yes.
17        Q        That is when he called you?
18        A        Yes.
19        Q        Did he pay you in check or
20  cash?
21        A        We got cash.
22        Q        How many days a week were you
23  working to earn this eight hundred to a
24  thousand?
25        A        Maybe three or four days a
```

70

1              Lachance Deon Bryant

2   week.

3        Q        So the average then was $900

4   per week?

5        A        Yes.  Like we get two hundred a

6   job.  That is what he gave me.

7        Q        His name was David Paller?

8        A        Yes.

9        Q        What is his address?

10       A        He live at 24 Oak Court.

11       Q        How long a period of time did

12   you work for him?

13       A        I worked for him for like -- I

14   would say like maybe three months, four

15   months.

16       Q        Were you earning the amount of

17   money he paid you, between eight hundred and

18   a thousand, every week for that entire time?

19       A        Yes.

20       Q        You worked three to four days a

21   week with him?

22       A        Yes.

23       Q        When you say three to four days

24   a week, do you mean just a couple of hours a

25   day?

Lachance Deon Bryant

1

2    A    He had like -- depending on how
3  long it take us to do the job.  We do like
4  sinks, like showers, re-routing, doing other
5  things like in -- like going through the
6  ceiling and taking stuff out and putting in.
7  What do you call it?  I forgot the name of
8  the objects.  But like where you just cast up
9  everything and do different things.

10    Q    He paid you out of his pocket?

11    A    Yes.

12    Q    Is it your claim that the
13  officers used excessive force before they
14  arrested you, after they arrested you, or
15  both?

16    A    They used excessive force both.

17    Q    Is it your claim that the
18  excessive force before your arrest was
19  striking you with a car?

20    A    Yes.

21    Q    You didn't hear the police
22  officer say that it was an accident at the
23  scene?

24    A    That it was an accident at the
25  scene?

72

1              Lachance Deon Bryant

2      Q      Yes.

3      A      No.

4      Q      What force did they use and how

5  was it excessive after the accident occurred?

6      A      Because they just keeping their

7  feet on me.  Like I am already down, I'm

8  already hit.  I can't move.  Like there is no

9  reason for you to keep putting your foot on

10  me, telling me to stay down.  That doesn't

11  make any sense at all.

12              I don't see the sense it makes.

13  A person is down, hit by a car, struck

14  already, what does it make sense for you to

15  put your foot on me, like keep telling me

16  like -- like this, stay down, stay down?

17  Like I am staying down.  There is no need for

18  you to keep putting your feet on me at all.

19  Like it doesn't make any sense.  That is

20  excessive force.  Why do you have to put your

21  foot on me?  I am already down.

22      Q      At the time that they had their

23  foot on your back, had they frisked you yet?

24      A      No, they didn't frisk me yet.

25      Q      They did frisk you, though,

1              Lachance Deon Bryant

2    before they put you in the police car?

3         A      They never put me in a police

4    car.

5         Q      You went in an ambulance?

6         A      Ambulance.

7         Q      Did they frisk you before they

8    put you in the ambulance?

9         A      Yes.

10        Q      Did they find any other weapons

11   or contraband?

12        A      Yes.  A weapon.  I had a .38

13   revolver on me.

14        Q      Did they find anything else,

15   any sort of -- any other type of weapon or

16   drugs?

17        A      No.

18        Q      You state they deprived you of

19   your Eighth Amendment Rights.  How did they

20   deprive you of your Eighth Amendment Rights?

21        A      In that subject, like somebody

22   was helping me, I don't even -- I asked

23   somebody to help me write the lawsuit, so...

24        Q      So with respect to the

25   handwritten answers to the questions that my

Lachance Deon Bryant

1
2  office gave you --

3      A      Um-hum.

4      Q      -- Exhibit C, somebody helped
5  you answer those questions?

6      A      No.  I did those on my own.

7      Q      The typewritten ones in front
8  of you now as Exhibit D, did someone help you
9  with those answers?

10     A      Yes.

11     Q      Who helped you?

12     A      K.

13     Q      Is that another inmate?

14     A      Yes.

15     Q      Where was that?

16     A      Five Points.

17     Q      Do you have K.'s last name?

18     A      No.

19     Q      How is it that you claim your
20  Fourteenth Amendment Rights were violated?

21     A      To be honest, I don't even --

22     Q      You don't even know what that
23  phrase means?

24     A      No.

25     Q      Are you familiar with the

75

1                    Lachance Deon Bryant

2    Eighth and Fourteenth Amendments to the U.S.

3    Constitution?

4          A      No.

5          Q      Are you familiar with any

6    sections of the New York State Constitution

7    that you say were violated?

8          A      I just know -- I know the Fifth

9    Amendment Right.

10         Q      That's the right against

11   self-incrimination, right --

12         A      Yes.

13         Q      -- you don't have to say

14   anything to anybody?

15         A      Yes.

16         Q      That's the only Constitutional

17   right you are familiar with?

18         A      Yes.

19         Q      In the answer to number 26 on

20   the second page of that document,

21   document D --

22         A      Yes.

23         Q      -- what medical documents do

24   you have?

25         A      I have my hospital -- my

76

1                    Lachance Deon Bryant

2     hospital records.

3            Q       Sir, I am going to ask you if

4     you can sign some authorizations.   Okay?

5     Because as a result of you suing the two

6     officers, we are entitled to get your medical

7     records, and in order to get your medical

8     records --

9            A       I sent them to you.

10           Q       Those authorizations either

11    never came to me or were improper and were

12    rejected, so on the record today I'm going to

13    ask you to sign these documents.

14                   Okay?

15                   There is an "X" on the bottom

16    of each page.   You will see this is an

17    authorization for the release of health

18    insurance pursuant to HIPAA, which is a

19    Federal law, so I can't get your medical

20    records unless these documents are signed.

21           A       This is what I am not

22    understanding.   How did you get all of my

23    other paperwork and you don't have all of

24    that, and that was sent together?

25           Q       I don't have the other

77

1                    Lachance Deon Bryant

2    paperwork.

3         A        I am not understanding.  You

4    got everything else.

5         Q        I got stuff that you sent me,

6    but I need to get it directly from the

7    facility.

8         A        You have everything else.  How

9    come you don't have my medical records?  I

10   sent you everything with the package that

11   comes with this.

12        Q        What I am telling you is this.

13             Not only am I entitled to have

14   you send it to me, I am entitled to get it

15   directly from whoever provided you the

16   medical care.  Because whatever is missing,

17   that is important to your case.  I may not

18   have it because maybe they didn't give it to

19   you, or maybe it didn't come through, so that

20   is why I need you to sign these documents.

21        A        All right.  That is no problem.

22   I just wanted to know, like.

23        Q        Yes.

24             That is why each one has an

25   "X," so I can send it to each one of the

78

1              Lachance Deon Bryant

2     facilities.

3          A      What is HIPAA.

4          Q      HIPAA is a Federal statute that

5     requires this type of form authorizing me to

6     obtain the records.  You have to authorize me

7     to get the records.  I can't just say give me

8     the medical records.

9                Okay?

10         A      Uh-huh.

11                (The witness complies.)

12                Are all of these the same?

13         Q      They are all the same, but I

14     have to send them to different facilities.  I

15     have to send them to Nassau County Hospital,

16     Nassau County Jail, and I have to send them

17     to DOCCS?

18         A      (The witness complies.)

19         Q      Thank you, Mr. Bryant.  I

20     appreciate that.  It saves us a lot of time

21     sending things back and forth.  Thank you.

22                At any time that you were

23     employed either in Minnesota or working for

24     your friend in Long Beach doing the plumbing

25     work --

79

Lachance Deon Bryant

1

2      A      Yes.

3      Q      -- did you file any tax

4  returns?

5      A      Yes.  I filed tax returns for

6  the one in Minnesota.

7      Q      Minnesota.

8             Did you ever file any other tax

9  returns?

10     A      Yes.

11            2014, '15, I think it was.

12     Q      I may send you another

13  authorization.

14            Let me ask you this.

15            As part of your claim, are you

16  claiming that you lost earnings?

17     A      No.

18     Q      No, there is no lost earnings

19  claim?

20     A      No lost earnings.

21            I didn't lose nothing.  All I

22  got is hospital bills.  I am pretty sure

23  that's the only thing I have.

24     Q      Before your arrest were you

25  Medicaid eligible?

80

|     |   |                                          |
|-----|---|------------------------------------------|
| 1   |   | Lachance Deon Bryant                     |
| 2   | A | Medicaid eligible?                       |
| 3   | Q | Yes.                                     |
| 4   |   | Did you receive Medicaid                 |
| 5   | benefits? |                               |
| 6   | A | Yes.                                     |
| 7   | Q | If you went to the doctor or             |
| 8   | the hospital, Medicaid paid for the visits, |               |
| 9   | right? |                                  |
| 10  | A | Yes.                                     |
| 11  | Q | Do you have any reason to                |
| 12  | believe that Medicaid didn't pay those visits |              |
| 13  | after your arrest, like to South Nassau |                 |
| 14  | Communities Hospital? |                   |
| 15  | A | No.  I am pretty sure they did,          |
| 16  | but... |                                  |
| 17  | Q | While you are incarcerated, do           |
| 18  | you get bills for medical care? |         |
| 19  | A | No.                                      |
| 20  | Q | So Armor Correctional Health,            |
| 21  | Inc., do you know what organization or entity |              |
| 22  | is? |                                     |
| 23  | A | No.  But I know when I was in            |
| 24  | Nassau County they sent me a document telling |              |
| 25  | me, like, something about me -- like they |                 |

81

1                 Lachance Deon Bryant

2    sent me something from, like, the place on

3    Charles Lindbergh and Medicaid place, telling

4    me like it was no longer.

5        Q        You were in the Nassau County

6    Jail in January and February 2017, right?

7        A        Yes.

8        Q        Did you make sick call

9    requests?

10       A        Yes.

11               MR. MIDDLETON:  Mark these

12               collectively.

13               (Sick Call Requests were

14               marked as Respondents' Exhibit

15               F for identification, as of

16               this date.)

17       Q        I will show you Exhibit F of

18   today's date.  Just flip through the pages if

19   you could.

20       A        Yes.

21       Q        Are those all in your

22   handwriting?

23       A        Yes.

24       Q        Are those documents that you

25   filled out to get medical attention while in

82

1                    Lachance Deon Bryant

2    Nassau County Jail?

3         A      Yes.

4         Q      Did they address any of your

5    requests while you were in Nassau County Jail

6    for medical attention and care?

7         A      Well, they suck.  Like they

8    didn't -- honestly, I was complaining.  I

9    complained so much, that they kicked me out

10   of medical ward.  Like my foot when -- my

11   feet, I couldn't feel my toes for a little

12   while, and like they was mad at me.  Like I

13   am -- like I just wanted to walk without a

14   limp.  I didn't want to have that feeling no

15   more.  And they was getting upset at me, keep

16   trying to give me ibuprofen.  I don't even

17   like to take pills because it bother my

18   stomach.

19        Q      Did you ever break your right

20   leg before --

21        A      Yes.

22        Q      -- the incident --

23        A      Yes.

24        Q      -- in December of 2016?

25        A      No.  No.  I broke my right leg

83

```
 1                  Lachance Deon Bryant
 2       2012.
 3            Q         Right before 2016?
 4            A         Yes.
 5            Q         You had surgery on that, right?
 6            A         Yes.
 7            Q         They put a rod?
 8            A         A rod in my right leg.
 9            Q         How did you break that leg?
10            A         Car crash.
11            Q         Were you driving?
12            A         Yes.
13            Q         Were you arrested as a result
14       of that crash?
15            A         No.
16            Q         Did you file a lawsuit as a
17       result of it?
18            A         No.
19            Q         Was it a one-car or two-car
20       accident?
21            A         One car.  I went through the
22       guardrail on the highway.
23            Q         Where did that occur?
24            A         That was on the Meadowbrook
25       Parkway.
```

84

1              Lachance Deon Bryant

2        Q        Just lost control of the car?

3        A        Yes.  It was snowing, and I

4   slid out.

5        Q        Other than obviously not having

6   your front teeth, do you have any complaints

7   with respect to your mouth area presently?

8        A        Yes.  Like my whole imagine is

9   gone.  These two teeth right here, like I

10  can't -- I can't drink nothing.  If I drink

11  something cold, they start to numb in my

12  mouth.  And like I chew different.  It is

13  just -- it is different.  The food falls out.

14  It is different.

15       Q        Has the Department of

16  Corrections indicated they will do anything

17  for your teeth?

18       A        I been trying.  They been

19  telling me they would.  Not so far.

20       Q        Other than your mouth, does

21  your head bother you any more where you got

22  the lacerations?

23       A        Well, I still get -- I get

24  migraines a lot.

25       Q        Did you get migraines before

85

1                    Lachance Deon Bryant

2     this arrest?

3          A        No.

4          Q        Were you ever treated for

5     migraines before this arrest?

6          A        No.

7          Q        How often do you get a

8     migraine?

9          A        It comes like maybe like twice

10    a week.

11         Q        Does anything bring them on,

12    exposure to light, noise, anything else?

13         A        No.  I just be laying down and

14    my head hurts.  It hurts for like -- maybe

15    like twenty minutes and go away.  I just -- I

16    have something to drink or try to rub the

17    side of my head.

18         Q        Since being incarcerated after

19    the 2016 arrest, have you engaged in any sort

20    of exercise program while incarcerated?

21         A        No, no exercise program.

22         Q        You said before that you are

23    not working while in prison, right?

24         A        No.

25         Q        With respect to your right

86

1               Lachance Deon Bryant

2     foot, how does that feel now?

3           A      Like I still get a little limp,

4     but it is okay.  It really -- I don't know.

5     It doesn't give me too much problems.

6           Q      After you had the boot taken

7     off and the physical therapy was ended, did

8     it feel pretty much the same way it feels

9     now?

10          A      No.  It is better now.

11          Q      How long a period of time did

12    it bother you after the physical therapy

13    stopped?

14          A      Like maybe, like, five or six

15    months.

16          Q      What did it feel like during

17    the five or six-month period?

18          A      It just felt like -- I used to

19    get tingly feeling.  Like sometimes I had

20    numbness to the toes, and like the side of my

21    foot, it hurt.  Like it would just give me

22    deadness, like sometimes it falls asleep when

23    I am walking.  I get to go to sleep, I lay

24    down, it cramps up, stuff like that.

25          Q      After that five to six-month

87

1               Lachance Deon Bryant

2    period, that diminished?

3         A       Yes.  It be like problematic

4    here and there.  It will bother me sometimes,

5    but it is not really like how it used to be.

6         Q       When was the last time you had

7    any treatment for your right foot?

8         A       Since physical therapy, that's

9    the last time.

10        Q       When was the last time you had

11   any treatment for your lacerations in your

12   head?  Was it at the hospital or Nassau

13   County Jail?

14        A       That was in Nassau County.

15        Q       In the jail or the hospital?

16        A       The jail.

17        Q       When was the last time you had

18   any treatment done to your mouth?  Was that

19   at Five Points?

20        A       Yes.  It was just recently.

21   Like I think it was January.  I don't know if

22   it was January I got a tooth -- no.  Like

23   probably, like, it was between, like, August

24   and now.  I know I got the tooth -- I got

25   this piece right here took out (indicating).

88

```
1                    Lachance Deon Bryant
2          Q          Since being incarcerated since
3    2017, have you had any visitors from
4    family --
5          A          Yes.
6          Q          -- while you were at Nassau
7    Jail?
8          A          Yes.
9          Q          Since being transferred
10   upstate, have you had any visits from family?
11         A          Yes.
12         Q          Who visited you?
13         A          My mom, my sister.
14         Q          How much?
15         A          They came up here.  They came
16   here once.
17         Q          Anybody visit you here while
18   you have been at Sing Sing?
19         A          No.
20         Q          How long are you going to be
21   here in Sing Sing before you are transferred
22   back?
23         A          My guess is as good as yours.
24   I don't know when they -- whenever court is
25   done.
```

89

1                   Lachance Deon Bryant

2         Q         Have you seen your son since

3    you have been incarcerated?

4         A         No.

5         Q         As part of your claim it's

6    limited to excessive force, true?

7         A         Limited, like.

8         Q         The only thing you are suing

9    these two police officers for is use of

10   excessive force?

11        A         No.  Mental anguish.

12        Q         I am talking about your

13   constitutional -- your alleged constitutional

14   violations.

15        A         Yes.

16        Q         Is that limited to excessive

17   force?

18        A         I don't understand that.

19        Q         Are you suing them for anything

20   else as a result of the arrest?

21        A         No.

22        Q         Just using too much force?

23        A         Yes.

24        Q         As part of that, you are

25   claiming physical injuries --

90

1               Lachance Deon Bryant

2        A     Yes.

3        Q     -- as a result of the alleged

4   excessive force?

5        A     Yes.

6        Q     Have you sued these police

7   officers for negligence at all?

8        A     No.

9        Q     Are you claiming they were

10  negligent in the operation of the vehicle?

11       A     What do you mean?

12       Q     Are you claiming that they,

13  while they were driving the vehicle, operated

14  it in a negligent or careless manner?

15       A     Yes.

16       Q     Are you suing them for punitive

17  damages?

18       A     Yes.

19       Q     What is the basis for the

20  punitive damages?

21       A     Basically after, I would say,

22  like that night, they was careless.

23       Q     In addition to excessive force,

24  are you suing the officers for assault and

25  battery?

91

                    Lachance Deon Bryant

1

2          A        I feel like that, the vehicle

3     assaulted me.

4          Q        So the assault and battery

5     claimant is limited to the accident between

6     you and the police car?

7          A        Yes.

8          Q        In your Complaint that we

9     marked as A, you claim nominal damages?

10         A        Yes.

11         Q        What do you mean by that?

12         A        Well, like I don't -- you know,

13    I don't know what that means.  Like when I

14    typed everything up, I was helped.

15         Q        So you don't know what you

16    meant by that?

17         A        No.

18                       (Continued on next page to

19                       include jurat.)

20

21

22

23

24

25

92

1                    Lachance Deon Bryant

2        Q         You are not claiming a false

3    arrest?

4        A         No.

5        Q         You are not claiming malicious

6    prosecution?

7        A         No.

8                    MR. MIDDLETON:   Nothing

9                 further.

10                    Thank you.  I appreciate

11                your time.

12                    (TIME NOTED:  1:32 p.m.)

13

14

                  _____

                  LACHANCE DEON BRYANT

15

16    Subscribed and sworn to

17    before me this_____ day

18    of_____, 2019.

19

      _____

20       NOTARY PUBLIC

21

22

23

24

25

93

1
2                        INDEX TO TESTIMONY
3
4      WITNESS                 EXAMINATION BY           PAGE
5      Lachance Deon
       Bryant                  Mr. Middleton              4
6
7

                           INDEX TO EXHIBITS
8
       RESPONDENT'S
9      EXHIBITS                 DESCRIPTION             PAGE
10        A                     Complaint                4
11        B                     Statement                4
12        C                     Handwritten Response
                                to Interrogatories       5
13
          D                     Typewritten Response
14                              to Interrogatories       5
15        E                     Cover Sheet for United
                                States District Court,
16                              Eastern District of
                                New York document        5
17
          F                     Sick Call Requests       81
18
19
20
21
22
23
24
25

94

1

2                        C E R T I F I C A T E

3

4            I, ROBYN LEHRMANN, a Shorthand

5    Reporter and Notary Public of the State of

6    New York, do hereby certify:

7

8            That, LACHANCE DEON BRYANT, the

9    witness whose examination is hereinbefore set

10   forth, was duly sworn, and that such

11   examination is a true record of the testimony

12   given by such witness.

13

14           I further certify that I am not

15   related to any of the parties to this action

16   by blood or marriage; and that I am no way

17   interested in the outcome of this matter.

18

19

20

21

22   ROBYN LEHRMANN                    January 28, 2019

                                       DATE

23

24

25

# ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:  BRYANT v. RYAN
Case Number:
Dep. Date:  January 16, 2019
Deponent:  LACHANCE BRYANT

## CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|-----|-----|-----------|-------------|-------------------|
|     |     |           |             |                   |
|     |     |           |             |                   |
|     |     |           |             |                   |
|     |     |           |             |                   |
|     |     |           |             |                   |
|     |     |           |             |                   |
|     |     |           |             |                   |
|     |     |           |             |                   |
|     |     |           |             |                   |
|     |     |           |             |                   |

Subscribed and sworn to
before me this     day
of          , 20

Notary Public

_____
Signature of Deponent

**A**

...m 1:14 7:5,8
able 40:21 46:7
  64:4
above-entitled 1:17
absconding 11:18
  12:3
accelerate 40:21
accident 44:9,10
  48:11 50:22 51:6
  63:13 68:5 71:22
  71:24 72:5 83:20
  91:5
action 1:18 15:22
  94:15
actions 16:4
addition 40:20
  90:23
address 4:12 7:10
  20:20,22 22:25
  23:3 25:14,17
  70:9 82:4
admit 49:24 55:20
admitted 50:2 55:8
against- 1:6
AGREED 3:4,9,13
alive 27:5,13
allege 13:20
alleged 89:13 90:3
allegedly 8:13
allowed 41:11
Amadeo 56:10
ambulance 73:5,6
  73:8
Amendment 73:19
  73:20 74:20 75:9
Amendments 75:2
amount 70:16
angle 41:4 43:20
  47:25 48:6
anguish 89:11
answer 6:5 74:5
  75:19
answers 62:4,10
  73:25 74:9
antibiotics 65:13
  65:18,19

Antonia 22:19,23
anybody 57:4
  75:14 88:17
anyway 37:7
apartment 25:2
appointments
  63:10
appreciate 78:20
  92:10
approach 60:14
approached 59:12
  59:23
approximately 7:4
  7:6
area 41:15,25
  42:19,24 48:10,17
  55:15,16 84:7
arguing 29:4
argument 31:2
armed 54:24 55:3,6
  55:9
Armor 80:20
arrest 9:11,20
  14:16 15:6,7,15
  15:23,23 16:14,14
  16:15 20:6 56:21
  57:12 58:2,7 61:6
  71:18 79:24 80:13
  85:2,5,19 89:20
  92:3
arrested 8:7 9:4,12
  9:13 11:13,19
  12:25 13:21,23,25
  19:6 23:20,21
  24:13 27:23 49:7
  49:9 54:6 56:14
  71:14,14 83:13
arrests 8:12 12:20
Aside 69:14
asked 66:2 73:22
asking 44:17
asleep 86:22
assault 9:22,24
  10:11,13 11:10,10
  16:5,17 90:24
  91:4
assaulted 91:3
assigned 19:20

57:23
assume 6:6
assuming 55:3
  56:11
attempted 17:20
attention 43:21,22
  81:25 82:6
Attica 15:4,4
attorney 14:2,6
  57:25
Attorneys 2:8
Auburn 15:3,3
  16:16
August 17:10,11
  18:2 21:21 68:10
  68:14 87:23
aunt 26:19,22 27:9
  27:22,24 31:12,16
  55:5
aunt's 28:17 34:8
  34:12,22
authorization
  76:17 79:13
authorizations
  76:4,10
authorize 78:6
authorizing 78:5
automatic 10:3,4
  29:19 35:4 55:23
Avenue 25:19,20
average 70:3
avoid 61:6
Avon 20:14,18

**B**

B 4:2,23 58:21
  93:11
back 10:9 12:6 22:5
  22:9 26:25 31:10
  38:18,20 39:7,7,8
  46:20 47:4 48:21
  60:13 68:10 72:23
  78:21 88:22
bad 19:2
badly 10:8
bandage 64:22
bandages 64:20
bar 15:19

based 62:13
basically 42:7
  43:25 90:21
basis 90:19
battery 90:25 91:4
Beach 2:5 4:15
  5:21 6:23 7:11
  9:7 11:11,14,20
  13:2,19 14:4
  18:24 19:24 23:15
  23:17 24:17 25:25
  26:4,12,20 27:17
  28:8 53:11 68:24
  78:24
beat 9:5
began 35:10
believe 80:12
benefits 80:5
Bersa 55:23
better 67:16 86:10
Betty 26:18
bills 79:22 80:18
Birch 28:9,10
birth 18:18
black 34:3 55:23,24
blade 15:18 16:8,13
bleeding 50:24
blood 94:16
blue 33:25,25
BOCES 18:24,25
body 45:11,14,17
  46:14,15 49:2
bone 50:15 51:18
boot 63:20,21,22,24
  64:7,9,11 86:6
boss 20:24 69:8,10
  69:10,14
bother 82:17 84:21
  86:12 87:4
bottom 76:15
bought 25:24
box 14:23,23,24,25
  15:2,2 16:25
break 6:9 82:19
  83:9
bring 6:21 85:11
bringing 30:21
broke 82:25

broken 50:15
Bronx 22:24 23:6
  24:19
brother 33:9
brothers 23:12
  34:7,9
brought 6:2 13:19
  14:10
Bryant 1:4,17 2:4
  4:11 5:1,18 6:1
  7:1 8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1,12 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1,19 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  86:1 87:1 88:1
  89:1 90:1 91:1
  92:1,14 93:1 94:8
built 21:4,6
bullets 34:25 35:3
bunk 16:9
burglary 17:20
burgundy 33:24,25
  34:2,4
bus 33:20
business 69:7

**C**

C 2:2 4:2,2 5:4
 61:25 74:4 93:12
 94:2,2
cabs 41:16,19,21,24
 42:19,21
Calgaro 20:11,25
call 12:3 37:2 69:11
 71:7 81:8,13
 93:17
called 20:11 31:16
 31:18 32:2,25
 33:8 35:9 36:24
 59:24 69:17
calling 33:12
camera 47:24 48:6
 48:19
CAMPOLO 2:7
cams 49:2,2
 ar 32:19 38:8,15
 38:16,22 39:17,18
 39:21 40:7,24
 43:18,22 44:2,21
 44:25 45:4,6,18
 46:5,24 47:9 61:3
 68:5 71:19 72:13
 73:2,4 83:10,21
 84:2 91:6
care 19:2 33:15
 63:2,6,6 77:16
 80:18 82:6
careless 90:14,22
carpenter's 19:13
carry 54:9
carrying 29:8
 35:17
cars 41:10,12,18,20
 60:24
case 9:3,9 77:17
cash 69:20,21
cast 63:17 71:8
atch 61:14
caught 26:7 39:11
 61:9,11,14
Cedrick 34:14
edrick's 34:17
ceiling 71:6

cell 16:9,10
certificate 19:13
certification 3:6
certify 94:6,14
cetera 28:12
Chance 22:11,12
 22:13,14,20 31:23
 33:4
Channel 28:15
charge 16:6,7
charged 11:9 15:8
 15:11,14
charges 9:4 13:16
Charles 81:3
Chase 22:10
check 69:19
checked 38:21
Chest 50:19
chew 84:12
children 22:21
Christmas 23:24
church 21:5,7
city 9:7 13:19 14:4
 19:23 20:13 28:11
 36:8,11,11,16,17
 36:18
Civil 1:20
claim 71:12,17
 74:19 79:15,19
 89:5 91:9
claimant 91:5
claiming 63:12
 79:16 89:25 90:9
 90:12 92:2,5
Clinton 18:5,5 57:2
 57:3 65:23
clip 35:4,8,11,15
 55:15,18
clips 35:6
close 26:13
coat 33:25 34:4,5
cold 84:11
collectively 81:12
Collins 15:2,2
come 22:5,8 31:15
 40:24 77:9,19
comes 77:11 85:9
comfortable 23:4

coming 30:8 33:21
 37:11,13 38:12,22
 43:5,7,9,11,12,18
 43:20
committing 8:13,17
Communities
 49:16 80:14
company 20:11
 68:18
complain 50:18
complained 82:9
complaining 82:8
Complaint 4:18
 52:6 56:24 91:8
 93:10
complaints 50:7
 84:6
completely 51:6
complies 78:11,18
confrontation
 54:13
confrontations
 53:11
connected 36:4
connection 17:4
Constitution 75:3,6
constitutional
 75:16 89:13,13
construction 20:11
 20:12
contact 44:22 61:3
Continued 91:18
contraband 15:12
 15:15 73:11
control 84:2
convicted 10:10,11
 13:7 17:3,8
convictions 12:20
cops 33:8
Corinthian 8:5
corpus 14:10
correctional 1:11
 14:14,21 16:16
 56:24 80:20
corrections 6:10
 84:16
counsel 3:5 57:23
count 58:18

County 14:21 58:8
 58:11,14 62:18
 63:3 64:2,12,17
 65:22 78:15,16
 80:24 81:5 82:2,5
 87:13,14
couple 36:6 70:24
course 55:7
court 1:2 3:17 5:13
 7:6 18:7 24:9
 28:9,10 66:12,20
 70:10 88:24 93:15
cover 5:12 66:19
 93:15
covering 18:13,14
Coxsackie 16:18,19
 16:22,24,25
cramps 86:24
crash 83:10,14
Criminal 17:19
crouched 39:6
crucial 46:16
crush 42:4
custodial 24:3,5
custody 24:6,8
cut 64:25
Cynthia 26:18

**D**

D 4:2 5:9 66:6 74:8
 75:21 93:13
damages 90:17,20
 91:9
danger 33:16,18
Darwin 22:19
dash 49:2
date 4:21,25 5:6,11
 5:17 17:9 18:18
 51:22 59:4 66:19
 81:16,18 94:22
dating 24:10
daughter's 21:9,10
 21:11
David 68:16 69:3
 70:7
day 65:20 70:25
 92:17
days 50:3 63:17

69:22,25 70:20,23
dead 33:14
deadness 86:22
December 7:2 8:2,6
 54:13 68:6,14
 82:24
Defendant 1:18
Defendants 1:8 2:8
definitely 30:25
degree 10:13 13:11
 13:13
denim 33:25
dental 63:2,5,6
Deon 1:4,17 2:4
 4:11 5:1 6:1 7:1
 8:1 9:1 10:1 11:1
 12:1 13:1 14:1
 15:1 16:1 17:1
 18:1 19:1 20:1
 21:1 22:1 23:1
 24:1 25:1 26:1
 27:1 28:1 29:1
 30:1 31:1 32:1
 33:1 34:1 35:1
 36:1 37:1 38:1
 39:1 40:1 41:1
 42:1 43:1 44:1
 45:1 46:1 47:1
 48:1 49:1 50:1
 51:1 52:1 53:1
 54:1 55:1 56:1
 57:1 58:1 59:1
 60:1 61:1 62:1
 63:1 64:1 65:1
 66:1 67:1 68:1
 69:1 70:1 71:1
 72:1 73:1 74:1
 75:1 76:1 77:1
 78:1 79:1 80:1
 81:1 82:1 83:1
 84:1 85:1 86:1
 87:1 88:1 89:1
 90:1 91:1 92:1,14
 93:5 94:8
department 5:22
 6:23 11:14 49:20
 84:15
depending 71:2

deposition 3:7,14
deprive 73:20
deprived 73:18
DESCRIPTION
  93:9
deserve 33:14
deserved 33:15
determine 46:7
different 67:6
  68:17,18,20 71:9
  78:14 84:12,13,14
difficult 6:15
diminished 87:2
direct 43:19
directing 44:5,6
direction 42:12,13
  43:12
directly 36:22 37:8
  41:3 43:6 77:6,15
disciplinary 15:21
  16:3 18:8
discussing 30:9
discussion 23:10
  28:22
dismissed 9:9 13:15
distance 53:4
District 1:2,2 5:13
  5:14 66:20,21
  93:15,16
DNA 56:18
DOCCS 78:17
doctor 80:7
document 5:14
  51:23 52:4 58:22
  58:23 66:6,8,24
  67:3 75:20,21
  80:24 93:16
documents 66:17
  67:7 75:23 76:13
  76:20 77:20 81:24
doing 30:20 68:15
  69:9 71:4 78:24
dollars 67:22
Donald 48:4
door 36:21 39:24
double 16:9
downstate 18:4,5
draw 32:5 53:12

drawn 59:13,20
  60:4
drink 84:10,10
  85:16
drive 41:18,20 42:2
  42:19,19,21,23
driver's 45:20
driving 13:3 45:22
  45:23,24,25 46:2
  83:11 90:13
drop 35:10
drugs 73:16
DUI 12:22
duly 4:4 94:10

E

E 2:2,2 4:2,2 5:16
  66:19 93:15 94:2
  94:2
early 23:19
earn 69:23
earning 67:22
  70:16
earnings 79:16,18
  79:20
East 2:5 4:14 7:10
Eastern 1:2 5:13
  66:21 93:16
education 18:21
effect 3:16
eight 12:19 58:16
  58:16 67:22 68:7
  68:19 69:23 70:17
Eighth 73:19,20
  75:2
either 15:22 19:10
  27:21 65:21 76:10
  78:23
eligible 79:25 80:2
Elmira 14:25,25
  17:2 19:15
emergency 49:19
employed 78:23
ended 86:7
engaged 85:19
entire 37:25 64:2
  70:18
entitled 76:6 77:13

77:14
entity 80:21
ESQ 2:10
et 28:12
evening 49:8
event 8:2
eventually 54:23
examination 1:16
  4:7 93:4 94:9,11
examined 4:6
excessive 71:13,16
  71:18 72:5,20
  89:6,10,16 90:4
  90:23
exercise 85:20,21
exhibit 4:19,23 5:4
  5:9,16 51:21,21
  58:21 61:25 66:6
  74:4,8 81:14,17
EXHIBITS 93:7,9
exposure 85:12
extracted 51:5,8

F

F 81:15,17 93:17
  94:2
face 45:19 46:16,22
facilities 18:9 78:2
  78:14
facility 1:11 14:11
  14:13,21 16:16
  56:24 65:23 77:7
facing 36:8,11
fact 55:11
facts 52:14,16
fall 16:22
falls 84:13 86:22
false 92:2
falsely 13:21
familiar 74:25 75:5
  75:17
family 23:24 88:4
  88:10
far 31:11 37:21
  39:12 40:5 84:19
fast 40:9,14,18,19
  40:20 45:15 46:9
  46:10 48:15

faster 61:13
father 21:9,10,12
  27:5,22,25
father's 26:24 27:3
  27:11
fear 30:12
February 81:6
Federal 1:19 76:19
  78:4
feel 23:4 33:15
  46:14 82:11 86:2
  86:8,16 91:2
feeling 82:14 86:19
feels 86:8
feet 38:5,7 72:7,18
  82:11
fell 35:14,15,18
felonies 8:17
felony 8:23,24
felt 33:9,17 86:18
fifteen 12:17
fifteen-minute
  31:14
fifth 13:11,13 75:8
file 79:3,8 83:16
filed 52:7 79:5
fill 57:4,7
filled 56:23 81:25
find 31:20 73:10,14
fine 13:17
fingerprinted
  56:18
finished 12:16,19
first 4:4 8:19,20,22
  11:8 30:24 41:11
  47:12 67:19
five 8:11 9:19 10:16
  10:17,23 14:14,15
  17:22,23 18:6
  51:14,15 65:22
  74:16 86:14,17,25
  87:19
fix 69:12
flight 34:6
flip 52:3 81:18
Florida 23:17
flung 42:11
follow 54:16

following 38:25
follows 4:6
food 84:13
foot 46:20 47:4
  48:21 50:8,10,11
  50:15 51:18 62:24
  63:15,17 64:12
  72:9,15,21,23
  82:10 86:2,21
  87:7
force 3:15 71:13,16
  71:18 72:4,20
  89:6,10,17,22
  90:4,23
forgot 16:18 25:16
  25:16 71:7
form 3:10 56:18
  78:5
forth 78:21 94:10
Forty-five 26:14
forward 39:5,5,8
found 31:17 55:11
four 8:11 52:12
  62:23 69:25 70:14
  70:20,23
Fourteenth 74:20
  75:2
fractured 50:16
  51:18 63:15
fractures 51:17
friend 11:9 68:16
  78:24
friends 30:3
frisk 72:24,25 73:7
frisked 72:23
front 36:17 39:12
  39:14,17,17,21
  41:18,21 45:8
  46:23 48:14,15
  50:21 53:16 74:7
  84:6
fuck 30:7
further 3:9,13 60:9
  92:9 94:14

G

gain 40:12
garbage 42:4,5

ate 42:8
getting 8:23 26:25
67:15 82:15
girl 24:2,10
give 6:5 37:16
47:23,24 65:7,14
77:18 78:7 82:16
86:5,21
given 19:19 94:14
giving 23:4
go 18:23 25:22 31:9
42:9 57:18 69:11
85:15 86:23
God 21:8,10,11
going 5:23 19:3
24:21 30:23 31:10
33:6 37:7 48:18
51:20 71:5 76:3
76:12 88:20
Colombeck 58:3
gonna 39:11
good 5:18 30:20
88:23
gotten 39:10
grade 18:22
graduate 19:5
grand 9:5 57:16,18
grandfather 7:17
7:21
grandmother 7:17
grandmother's
7:18
grandparents 27:2
Green 14:22
Greene 14:23
ground 47:3 48:20
grow 22:9
guardrail 83:22
guess 88:23
guilty 57:11
gun 10:3 23:7 29:5
35:12,18,20 53:21
54:10 55:11,14,18
59:13,19 60:4
guns 29:12,15 33:7
35:14 44:11 53:24
54:5 56:13,16,20
guy 68:21,22

**H**
H 4:2
habeas 14:10
hairline 65:3,4
hall 28:11 36:8,11
36:12,16,17,18
hallway 18:11
hand 60:8
handcuff 47:6
handguns 29:17
handwriting 52:20
81:22
handwritten 5:2
67:10 73:25 93:12
hang 44:7
hanging 38:23
happen 18:25
happened 13:20
44:18 47:2
head 6:13,14 40:3
50:20,20,24 63:14
64:16,24 84:21
85:14,17 87:12
health 76:17 80:20
hear 71:21
heard 33:11
held 1:18 23:10
help 22:9 57:4
67:15 69:12 73:23
74:8
helped 57:7 74:4,11
91:14
helper 19:13
helping 73:22
Hempstead 13:22
23:16 27:19,20
hereinbefore 94:9
hereto 3:6
hide 15:18 36:5,7
hiding 37:14,18
39:20,22 54:23
highest 18:20
highway 2:8 83:22
Hill 23:7 24:24
25:15
HIPAA 76:18 78:3
78:4

hire 14:2
hit 32:14,19 38:8
39:13 40:6,16
42:2 43:20 44:3
45:13,13,19 46:5
46:22 47:10,11,12
47:14,15,17 48:7
60:21 72:8,13
holiday 23:24
holster 35:23
home 15:5 27:25
28:20 31:10
Homes 28:15
honest 23:5 43:11
74:21
honestly 44:10 82:8
hoodie 33:25
hospital 49:14,16
51:9,13 63:16
64:8,9 65:11
75:25 76:2 78:15
79:22 80:8,14
87:12,15
hour 26:14
hours 70:24
house 7:24 24:25
25:3,4,5 28:5,17
34:8,13,22 53:17
Howard 27:12
Hudson 2:5 4:14
7:11
hundred 67:22
68:7,19 69:23
70:5,17
hurt 86:21
hurting 50:5
hurts 85:14,14

**I**
ibuprofen 65:14
82:16
idea 43:13
identification 4:20
4:24 5:5,10,16
81:15
illegal 54:7
imagine 84:8
important 77:17

impossible 6:17
improper 76:11
incarcerated 7:13
14:18 17:25 19:17
65:21 80:17 85:18
85:20 88:2 89:3
incarceration 7:25
14:17 15:7,16
17:4 19:10,11,11
inches 65:4
incident 5:24 31:16
47:16 48:11 82:22
include 91:19
INDEX 93:2,7
indicate 59:11
62:16
indicated 68:9
84:16
indicates 67:21
indicating 35:14
36:15,19,20,21
65:2,3 87:25
indicted 57:21,22
influence 13:4
initial 32:24
injured 10:8
injuries 50:17
51:17 63:12 89:25
inmate 57:9 74:13
inside 48:17
instruction 54:17
54:20
instructions 6:19
insurance 76:18
intention 61:2
interaction 31:3
interested 94:17
interpret 6:16
interpreter 6:16
Interrogatories 5:3
5:8 93:12,14
investigator 48:4
involved 19:24 68:5
Isaiah 34:15
Island 21:3,14
issues 18:8

**J**

J 25:24
jacket 34:6
jail 58:8,11,14
62:18 63:3,9 64:2
64:13,17 65:22
78:16 81:6 82:2,5
87:13,15,16 88:7
Jamaica 25:19,20
26:2,4,12
January 1:13 21:20
81:6 87:21,22
94:21
jeans 33:25 34:2
jeopardy 30:20
Jeremy 20:25 21:2
job 70:6 71:3
jobs 19:16 69:12,15
John 1:7 5:21 6:22
jumped 45:2,3
jurat 91:19
jury 9:5 57:16,18

**K**
K 74:12
K.'s 74:17
keep 22:6 61:4 72:9
72:15,18 82:15
keeping 72:6
kept 54:20
kicked 82:9
kill 29:23,24 30:5
30:15,23,24,24
killed 30:15
kind 63:19
knew 31:18 33:8,10
37:12 38:20 43:16
54:23 55:4 61:19
knocked 51:6 63:15
know 6:4 10:13
20:21 21:2 22:25
26:14,18 30:6,18
31:21 33:5,6,7
34:15 36:25 37:4
37:4,11 38:17,18
39:10,10 41:13
43:10,12,15,17,18
43:19 44:6 45:14
46:9,10,19,25

47:9,15 49:3
54:25 55:2,2 56:5
57:20 58:4 59:3
59:22,22 60:5,8
61:10,12 74:22
75:8,8 77:22
80:21,23 86:4
87:21,24 88:24
91:12,13,15

**L**

L 4:2
L-E-R 69:5,6
lacerations 64:16
84:22 87:11
Lachance 1:4,16
2:4 4:11 5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1,14 93:5 94:8
Lakeview 15:3,4
latest 17:4

**Laurie** 58:3
law 76:19
lawsuit 5:25 6:21
9:6 13:18 52:9
54:2 73:23 83:16
lawsuits 14:3,3
19:22,25
lay 86:23
laying 48:20 85:13
learn 31:15
leather 34:5
leave 22:3 25:11
31:7
leaving 33:11
Leddy 1:7 5:21
6:22 44:6
left 25:12,21 36:10
37:18 40:25 44:8
44:8,8 45:2,3 65:5
65:11
leg 82:20,25 83:8,9
legal 54:7
legs 45:13
Lehrmann 1:21
94:4,22
length 37:24
let's 14:16 32:20
letting 30:6
level 18:20
license 45:20,25
licensed 54:9
lie 19:3
life 7:14 29:7 30:12
30:19 33:16,17
light 18:13,14
85:12
lights 38:14,22
60:15
limited 89:6.7,16
91:5
limp 82:14 86:3
Lindbergh 81:3
line 30:12
listed 67:19
literally 37:9 38:15
little 42:3 51:8 60:9
82:11 86:3
live 7:14,15,23

22:16,23 23:15
24:17 27:2,7,17
28:8 31:11 70:10
lived 8:3 21:24 25:8
26:20 31:12
lives 22:17,24 23:7
23:16,17,18 24:19
25:15 27:9,19
28:9
living 20:17,18,23
20:24
LLP 2:7
loaded 34:23
local 68:22 69:11
long 2:5 4:14 5:21
6:23 7:11,11 9:7
11:11,13,20 12:9
12:10 13:2,19
14:4 18:24 19:24
21:3,14,19,24
23:15,17 24:17
25:25 26:4,11,12
26:20 27:17 28:8
28:16 31:2 37:14
44:20 45:22 50:2
53:11 62:20 63:22
65:16,17 68:24
70:11 71:3 78:24
86:11 88:20
longer 81:4
longest 28:19
look 30:7,19 38:11
51:23 58:22 61:25
66:6,22
looked 31:23 38:20
38:24 63:4
looking 38:18 39:4
39:7,7 43:14,15
43:17,23
lose 50:21 79:21
lost 79:16,18,20
84:2
lot 8:18 67:6 78:20
84:24
lying 29:2

**M**

mad 29:6 30:11

82:12
making 67:25 68:6
68:19
malicious 92:5
manner 90:14
Marcus 43:8,10
mark 4:17 81:11
marked 4:18,22 5:3
5:8,15 51:21
61:24 66:5,19
81:14 91:9
marriage 94:16
matter 5:20 94:17
McCORMICK 2:7
McCray 7:20,22
Meadowbrook
83:24
mean 7:25 32:18
41:13 47:21 54:8
70:24 90:11 91:11
meaning 15:16
45:9
means 6:16 22:8
74:23 91:13
meant 91:16
Medicaid 79:25
80:2,4,8,12 81:3
medical 75:23 76:6
76:7,19 77:9,16
78:8 80:18 81:25
82:6,10
medications 65:11
Memorial 2:8
Mental 89:11
met 21:3,8
middle 39:23
Middleton 2:7,10
4:8,16 5:19 23:8
44:13 61:22 81:11
92:8 93:5
migraine 85:8
migraines 84:24,25
85:5
military 20:4
millimeter 56:3
mine 48:5
Mini 55:25
Minnesota 20:10

20:13,15,16,19
21:13,15,25 68:2
68:10,13 78:23
79:6,7
minutes 26:15
28:19 31:5,6
85:15
misdemeanor
11:10
misdemeanors 8:14
missing 77:16
mom 22:5,17 88:13
money 68:2 70:17
month 51:11 63:24
63:25
months 9:19 12:12
12:17,19 58:17
70:14,15 86:15
morning 5:18
23:19 49:10,11
54:6
mother 27:13
mother's 27:3,4
mouth 50:19 63:5
84:7,12,20 87:18
move 20:15 44:13
72:8
moved 20:16 21:16
42:6 58:14

**N**

N 2:4 2,2,2
name 4:9 5:19 7:19
8:4 22:10,18
24:15 27:11,15
30:9,21 32:2,25
34:16,16 35:10
57:8 59:25 69:2
70:7 71:7 74:17
Nassau 14:21 49:15
58:8,11,14 62:18
63:3 64:2,12,16
65:22 78:15,16
80:13,24 81:5
82:2,5 87:12,14
88:6
nature 11:5,7
need 6:8,9 72:17

77:6,20
negligence 90:7
negligent 90:10,14
neighborhood
  69:12
never 24:8,9 30:9
  49:5 60:3 61:14
  61:14,15,15 73:3
  76:11
new 1:2,2,12,22 2:5
  2:9 4:5,15 5:14
  13:22 16:23 21:5
  49:18 58:6 66:21
  75:6 93:16 94:6
night 23:19 24:13
  54:5 90:22
nine 58:16,16
nods 6:13
noise 85:12
nominal 91:9
Nope 19:21
normally 40:23
Notary 1:21 3:15
  4:4 92:20 94:5
NOTED 92:12
noticed 47:18
numb 46:15 84:11
number 56:6 59:9
  67:18 75:19
numbered 52:12
numbness 86:20

**O**

O 4:2
Oak 70:10
objections 3:10
objects 71:8
obtain 78:6
obviously 84:5
occur 7:4 11:11
  83:23
occurred 5:24 7:2
  47:16,18 48:11
  62:14 63:13 72:5
Oceanside 49:17,18
offender 8:21
office 58:4 62:7
  66:9 74:2

office's 67:9,11
officer 2:13 6:10,22
  6:22 32:2,5,8,25
  33:21 35:9 38:19
  38:23,25 44:5
  47:4,6 48:20
  52:23,25 59:12,19
  59:22,23,24 71:22
officer's 61:3
officers 5:20 6:2
  32:19 43:19,23
  49:3 54:12 56:17
  56:19 61:19 71:13
  76:6 89:9 90:7,24
ointment 65:8
okay 6:10 26:16
  27:20 32:22 44:19
  51:25 57:3 69:6
  76:4,14 78:9 86:4
old 22:14,15 24:20
  once 31:17 63:11
  88:16
one-car 83:19
one-half 51:7
ones 74:7
operated 90:13
operation 90:10
opposite 42:11,13
order 22:9 48:8
  76:7
orders 48:18
organization 80:21
Orleans 14:24,25
  16:24
Ossining 1:12
outcome 94:17
Owens 24:16

**P**

P 2:2,2
P-A-L-L-O-R 69:4
p.m 92:12
package 77:10
page 52:11 59:5
  67:19 75:20 76:16
  91:18 93:4,9
pages 52:3 81:18
paid 70:17 71:10

80:8
pain 46:14 50:19
Paller 69:3 70:7
Pallor 69:4
papers 7:7
paperwork 76:23
  77:2
parents 27:4
park 28:15 41:10
  41:11 43:6,6,7,9
parked 36:6 38:16
  40:2 60:12
parking 41:12,15
Parkway 83:25
parole 9:3 10:24,25
  11:2,6,7,16,22
  12:6 13:24 53:18
part 44:19 45:6,11
  46:14,16 79:15
  89:5,24
parties 3:5 94:15
parts 64:24
passenger 45:9,10
pay 69:19 80:12
paying 43:21,22
people 29:3,3,25
  30:8 42:9
people's 69:12
period 44:20 60:17
  60:20 65:17 70:11
  86:11,17 87:2
person 22:7 68:18
  72:13
Pertaining 15:24
Peter 1:7 5:20 6:22
phrase 74:23
physical 62:17,21
  63:8,10 64:10
  86:7,12 87:8
  89:25
piece 51:8 87:25
pills 82:17
place 1:19 11:3
  43:6,6,7,10 81:2,3
Plaintiff 1:5,17 4:3
playing 30:14
plea 17:14,16 18:2
  58:10

plead 10:15,16 13:8
  17:18
pleas 12:21
please 4:10,13,16
pled 10:18 57:11
plumbing 68:15
  69:13 78:24
pocket 71:10
Points 14:14,15
  18:6 51:14,15
  65:22 74:16 87:19
police 5:20,21 6:23
  11:14 31:16,19,21
  31:25 32:5,7,25
  33:12,22 35:9
  36:13,21 38:8,25
  40:7,24 43:2,4,5
  43:16,18,23 44:21
  44:25 45:18 46:18
  47:4,6,9,22 49:3
  53:12 54:12,23
  61:16,19 68:5
  71:21 73:2,3 89:9
  90:6 91:6
portion 51:4
portions 44:14
position 33:17
possession 13:12,13
  17:19 56:20
post 10:17 17:22,23
precinct 48:5,5
Precisely 28:13
prepared 62:6 66:8
preparing 62:3
Presbyterian 21:5
  21:7
prescribed 65:10
present 2:12 19:10
presently 84:7
pretty 37:7 40:21
  79:22 80:15 86:8
prior 7:25 8:6 20:6
prison 12:7,11
  14:11,13 15:9,12
  15:15,22 16:4
  59:8 85:23
private 48:4
Pro 2:4

probably 8:10
  26:13,15 87:23
probation 9:19
  10:23
problem 77:21
problematic 87:3
problems 86:5
Procedure 1:20
proceed 67:13
proceeding 57:17
  57:19
program 85:20,21
prosecution 92:6
protecting 42:9
provided 77:15
psychiatric 65:24
  66:3
psychological
  65:24 66:3
Public 1:21 3:15
  4:4 92:20 94:5
pull 29:15
pulled 29:5 34:21
punitive 90:16,20
pursuant 1:19 14:9
  76:18
put 30:11,19 33:16
  46:19 47:4 63:19
  63:21 65:8 72:15
  72:20 73:2,3,8
  83:7
putting 48:21 71:6
  72:9,18

**Q**

Queens 23:22
  24:18,23 25:8,11
  25:12,24
question 3:11 6:3,5
  6:7,7 44:16
questions 5:24
  51:24 62:7 66:9
  67:10,11 73:25
  74:5
quickly 40:22

**R**

R 2:2 4:2 94:2

...an 32:9,11,12,13
    32:24 33:18 35:25
    37:20 39:25,25
    60:12 61:20
ray 50:12
razor 15:18 16:8,13
re-routing 71:12
really 10:12 13:24
    45:14 50:6 53:5,8
    53:9 86:4 87:5
rear 39:18 40:2,5
    41:24
reason 37:2 44:4
    72:9 80:11
recall 66:23
receive 80:4
recognize 52:4
recollection 62:14
record 4:9,13 6:6
    23:9,11 76:12
    94:11
records 76:2,7,8,20
    77:9 78:6,7,8
...ed 42:8
reflect 6:6
regular 53:19
rejected 66:12,14
    66:17 76:12
related 26:23 94:15
relation 28:11
release 10:17 76:17
released 10:22
    58:11
remember 10:12
    13:10 16:20 17:9
    20:21 25:14.18
    26:6 31:25 32:3
    50:6 51:11 52:25
    59:15,17 62:3
    67:6,8
rephrase 6:4
Reporter 94:5
reporting 12:2.4.14
    13:24
represent 5:19
requests 81:9,13
    82:5 93:17
requires 78:5

reserved 3:11
resided 7:12
respect 18:9 44:17
    73:24 84:7 85:25
respective 3:5
RESPONDENT'S
    93:8
Respondents' 4:19
    4:23 5:4,9,15
    81:14
response 5:2,7 62:6
    66:9 67:9,10
    93:12,13
responses 6:13
    67:18
responsive 44:15
rest 9:2
restrain 46:18
result 6:25 8:13,16
    9:6 12:5 17:14
    50:22 54:3,19
    63:13 76:5 83:13
    83:17 89:20 90:3
resulted 5:25
results 9:2
return 12:10 68:13
returns 79:4,5,9
revolver 29:21
    35:22 56:9 73:13
Richmond 24:24
    25:15
ride 26:11
right 9:9 14:7 17:5
    28:14 32:23 33:20
    33:21 35:15 36:9
    36:22.24 37:11
    39:19 40:25 41:2
    41:9.19 42:12
    43:2 45:8.9 47:12
    50:11 52:2 56:3
    62:8 65:2 66:25
    75:9.10.11.17
    77:21 80:9 81:6
    82:19.25 83:3.5.8
    84:9 85:23.25
    87:7.25
rights 24:4.5 73:19
    73:20 74:20

robbery 9:13,15
Robert 34:11
Robyn 1:20 94:4,22
rod 83:7,8
rolled 46:23
Ronkonkoma 2:9
Rossi 56:10
Roughly 28:18
rub 85:16
Rules 1:20
run 32:9 35:10
    37:19 38:10 39:8
    40:16,22 41:3
    61:16
runner 40:19,21
running 31:24
    32:14 35:13,16
    38:21 39:5 40:9
    40:13 42:14,15
    43:5,24 48:15
    53:4 54:20,22
    61:4,15
Ryan 1:7 5:20 6:22

## S

S 2:2
Samone 48:4
saves 78:20
saw 46:4,11 60:3,14
saying 33:11
says 7:7 52:14,15
scabs 64:23
scare 30:16
scene 71:23,25
school 18:23 19:3
Scott 2:10 5:19
Se 2:4
sea 32:7
sealing 3:6
second 8:22 17:20
    59:5 75:20
seconds 37:17
    44:23 46:4.11
    60:23
section 23:6
sections 75:6
see 6:10 30:7 34:19
    36:23 38:11.14,24

44:2,21 47:14,17
    48:9,13 52:11,17
    52:19,22 56:13
    58:23 59:5,11
    60:9 67:3,18
    72:12 76:16
seeing 66:23
seen 31:22 37:3
    44:4,7 47:19
    48:14,16,18 89:2
self-incrimination
    75:11
send 77:14,25
    78:14,15,16 79:12
sending 78:21
sense 72:11,12,14
    72:19
sent 12:6 62:7 66:9
    67:6,9 76:9,24
    77:5,10 80:24
    81:2
sentence 17:21
sentenced 8:24
    9:17,18 17:7,8,10
September 17:11
    18:2 68:11
serial 56:5
serve 10:20
served 10:21 58:19
set 94:9
Seven 17:22,23
Shakima 24:16
Shakima's 25:6
shaking 6:14
sheet 5:12 66:20
    93:15
shit 33:7
shoot 10:6
shooting 13:25
Shorthand 94:4
shots 10:9
show 47:22 48:22
    51:20 58:21 61:24
    66:5.18 81:17
showed 56:16
shower 64:5
showers 71:4
shows 48:17,19

sick 81:8,13 93:17
side 27:3,3 32:16
    36:14 38:16 45:9
    45:10 65:5 69:15
    85:17 86:20
sidewalk 32:16,18
    37:21 39:9,10
    40:12 41:11 61:9
sign 76:4,13 77:20
signature 59:6
signed 3:14,16
    76:20
Sing 88:18,18,21,21
Sing-Sing 1:11
sinks 71:4
Sir 76:3
sister 26:24 88:13
sister's 21:9,10,11
sisters 23:13
situation 11:9 22:4
six 9:18 22:15
    24:21 86:14
six-month 86:17,25
sixteen 46:3
sleep 86:23
slid 84:4
sliding 39:24
smoking 13:5
sneakers 34:3
snowing 84:3
soap 15:19
somebody 13:25
    30:22 34:20 67:15
    73:21,23 74:4
son 22:6,8 23:25
    24:2,4,20,21
    34:14,15,17 89:2
son's 22:5,10
soon 36:22 37:5
    38:16,19,21
sort 16:3 23:23
    65:7 73:15 85:19
sought 65:23
South 49:15 80:13
speak 6:9
specific 59:4
speed 40:12 46:8
spot 37:18

taff 16:5,17
tand 6:8 32:13,14
   36:2,3 48:6,15,24
start 54:2 84:11
started 29:4 31:24
   35:16 38:10 39:8
   40:15
state 1:22 4:5,9,12
   73:18 75:6 94:5
statement 4:22
   60:10 93:11
States 1:2 5:13
   66:20 93:15
station 25:24 26:2
   28:11 31:18 32:12
   32:13 33:20,22
   36:2,4,13,21
statute 78:4
stay 28:16 46:20,21
   72:10,16,16
stayed 50:3
staying 72:17
step 32:20
tepped 38:17
   60:13
stepping 60:11,24
steps 40:8,16
STIPULATED 3:4
   3:9,13
STIPULATIONS
   3:2
stitches 51:2
Stockdale 34:11
stomach 82:18
stop 33:3 53:20
   54:3,14
stopped 53:20,23
   55:9 86:13
street 2:5 4:14 7:11
   25:18,23 41:4,7,8
   41:9,14 43:8,10
   47:13 60:12
strike 44:14 45:4
   45:12,17
striking 71:19
truck 45:6 46:13
   46:17 72:13
Strunk 8:5 27:16

study 18:25
stuff 64:19 71:6
   77:5 86:24
subject 73:21
Subscribed 92:16
suck 82:7
sued 90:6
Suffolk 23:18
suing 76:5 89:8,19
   90:16,24
Suite 2:9
supposed 67:13
sure 37:7 53:5,8,9
   59:19,21 67:5,12
   79:22 80:15
surgery 83:5
sworn 3:16 4:4
   92:16 94:10

         T

T 4:2 94:2,2
table 37:23,25 38:3
   38:4
take 6:9 32:20
   37:16 51:22 58:22
   61:25 64:4 65:17
   66:6,22 71:3
   82:17
taken 1:18,20
   49:14,15,19 86:6
talk 14:16 28:25
talked 29:2
talking 18:10 30:2
   89:12
tape 47:24 48:2
tapes 48:13,14,16
tasks 19:20
tax 79:3,5,8
taxi 32:13,14,17,18
   36:2,3 39:9,13,14
   39:16 40:2,6
   41:23 47:12,14,15
   47:18,23 48:6,15
   48:16,17,23
taxis 32:15 36:6
   37:15 38:11 47:11
   48:18 60:11,14
teeth 50:22 51:5

   63:14 84:6,9,17
tell 33:3 46:25 50:5
   50:14 51:16 56:19
telling 29:3 37:6
   44:8 46:21 72:10
   72:15 77:12 80:24
   81:3 84:19
ten 28:19 37:17
   38:5,7
terminated 24:7
testified 4:6 60:18
testimony 93:2
   94:11
Thank 78:19,21
   92:10
Thelma 7:20
therapist 62:17
therapy 62:21 63:9
   63:10 64:10 86:7
   86:12 87:8
thing 23:24 67:14
   79:23 89:8
things 42:6 71:5,9
   78:21
think 13:9,10,11
   62:22,22 79:11
   87:21
thinking 33:13
thought 55:5 67:14
thousand 67:22
   68:7,19 69:24
   70:18
threaten 29:24
threatened 29:6,23
three 18:9 23:12
   40:8,16 50:3
   62:23 63:17 69:25
   70:14,20,23
three-minute 28:14
threw 35:12
ticket 18:13 25:25
tickets 16:2
Tiger 57:8
time 1:19 3:11 6:3
   6:8 7:16,24,24
   8:19,20,22,22,25
   14:19 25:9,11
   26:8 28:2,4 29:9

   32:21 33:5 44:20
   48:10 53:24 55:9
   58:13,19 60:18,21
   64:2 65:17 68:4
   70:11,18 72:22
   78:20,22 86:11
   87:6,9,10,17
   92:11,12
times 8:9,18
tingly 86:19
today 14:7 76:12
today's 51:22 66:19
   81:18
toes 82:11 86:20
told 13:22 19:23
   29:25,25 30:2,9
   37:12 46:20 48:3
   48:4 50:16 54:24
   55:3,5 67:16
tomorrow 24:22
tooth 87:22,24
top 16:8 52:16
town 30:4,22
tracks 36:9,12,14
   42:10,15,16
traffic 38:12
train 25:24 26:6,11
   28:11 31:18 32:11
   32:12 33:20 36:2
   36:4,9,14 42:12
   42:15,16
training 19:9
transferred 88:9,21
trauma 63:14
treat 49:22
treated 62:17 85:4
treatment 64:12,15
   65:24 66:3 87:7
   87:11,18
trial 1:16 3:12
   10:14 17:15 57:14
tried 40:11
true 57:12 62:11
   66:13 68:7,11,12
   89:6 94:11
try 36:5 85:16
trying 22:6 30:4
   32:15,17 37:22

   41:3 82:16 84:18
tunnel 36:23
Twelfth 18:22
twelve 12:12
twenty 85:15
twice 85:9
two 6:2 10:9 19:22
   28:13 29:12 31:4
   31:6 32:15 36:7
   44:23 46:4,11
   50:21 60:23 65:4
   70:5 76:5 84:9
   89:9
two-car 83:19
two-second 60:17
   60:20
type 10:2,4 22:7
   35:22 73:15 78:5
typed 67:9,17
   91:14
typewritten 5:7
   74:7 93:13
typing 67:16

         U

U.S 75:2
uh-huh 6:14 78:10
uh-uh 6:14
Um-hum 46:6
   60:16 74:3
undergo 62:20
underneath 33:20
   34:2
understand 6:3,18
   89:18
understanding
   76:22 77:3
understood 6:7
United 1:2 5:12
   66:20 93:15
upper 48:19
upset 82:15
upstate 16:25 58:15
   88:10
use 9:14,23 72:4
   89:9

         V

Valerie 27:16
vehicle 47:22 60:14
  60:21 90:10,13
  91:2
vehicles 42:18,23
verbal 6:13
version 67:17
Veterans 2:8
videotape 47:21
videotapes 47:20
  48:10
violated 74:20 75:7
violation 9:3 11:8
  11:17,23 53:18
violations 11:3,6
  12:6 89:14
visit 27:21 88:17
visited 27:24 88:12
visitors 88:3
visits 63:10 80:8,12
  88:10

W

vaist 35:19,21
waiting 36:25
waived 3:8
walk 28:14 31:14
  37:9,10,10,19
  82:13
walked 33:18,19
  36:22
walkie-talkie 60:7
walking 31:22 37:8
  39:5 86:23
want 51:22 82:14
wanted 30:13,15,16
  30:18,23 77:22
  82:13
ward 34:14,16
  82:10
Washington 14:20
  14:22,22
wasn't 22:7 37:16
  38:13,15,20 40:11
  40:13 41:6,6.8,13
  41:14 44:9,10
  48:7 64:18 67:12
watch 37:9,10

way 36:14,20 37:13
  43:5 44:25 46:18
  47:19 86:8 94:16
we'll 44:18
weapon 9:14,23
  10:2 17:19 32:6
  52:23 53:2,6 56:6
  73:12,15
weapons 16:6,7
  29:8,13 34:21
  53:12 54:7,7
  73:10
wear 63:22
wearing 33:23,24
  64:11
weed 13:5
week 63:11 67:23
  68:7,19 69:22
  70:2,4,18,21,24
  85:10
weeks 62:23
went 12:15 14:20
  14:22,23,24,25
  15:2,2,3,4 16:23
  16:24,25 17:2
  18:4,5 24:9 25:23
  25:24 26:2 27:24
  45:15 51:13 73:5
  80:7 83:21
weren't 42:14
  43:21 59:19 60:11
  68:6
Westbury 58:6
Whichever 17:9
Willard 12:16,16
William 7:22
window 38:23 44:7
windshield 45:18
  46:23
wiped 64:19
witness 78:11.18
  93:4 94:9,12
WOLPINSKY
  2:13
word 30:3,22
Wore 63:24
work 21:4,16,19
  48:8 70:12 78:25

worked 21:20 69:9
  70:13,20
working 20:7,9,10
  21:4 48:7 69:14
  69:23 78:23 85:23
works 69:8
worrying 38:18
wouldn't 61:9,10
write 14:10 59:2
  73:23
wrote 52:19,22
  58:25 67:14
Wyoming 14:23,24
  16:23

X

x 1:3,9 50:12 76:15
  77:25

Y

Y 4:2
Yeah 18:15 23:2
  38:6 40:17 53:7
  54:15 61:18
year 17:12
years 9:19 10:17,23
  17:22,22,23,23
  22:15
Yep 28:24 29:16
York 1:2,2,12,22
  2:5,9 4:5,15 5:14
  13:22 49:18 58:6
  66:21 75:6 93:16
  94:6
youthful 8:21

Z

0

1

1:32 92:12
11:30 25:13,21
11:50 1:14
111th 25:23
113th 25:19,20
11561 2:5 4:15
11779 2:9
12:30 7:5 28:7

12:45 7:7
15 79:11
16 1:13 67:18
17A3781 59:8

2

2002 8:20,20 9:11
  12:21 19:7
2004 8:19,23 9:20
  14:16 15:7,23
  16:14,15
2005 8:24 10:18
2006 16:21
2007 19:15
2009 10:21 45:23
  45:25
2010 10:20 11:8
  12:10 53:16
2012 83:2
2013 11:19 12:13
2014 9:4 11:24
  12:18 13:18 15:6
  79:11
2015 12:24 21:22
2016 7:2 8:6 12:21
  15:16,23 16:14
  20:6,16 21:23
  54:13 57:12 58:2
  68:6,11 82:24
  83:3 85:19
2017 17:13 18:2
  81:6 88:3
2019 1:13 92:18
  94:21
24 70:10
25 7:2 8:6 10:3,5
  54:13 68:6
25th 8:2
26 75:19
28 94:21

3

3/16/85 18:19
31 28:9
38 56:8 73:12

4

4 93:5,10.11

400 2:9
4175 2:8

5

5 93:12,14,16

6

7

8

81 93:17
83 2:5 4:14 7:10

9

9 55:24 56:3
900 70:3