May/30/19

Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y 11722

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 03 2019 ★

LONG ISLAND OFFICE

Dear Judge Bianco

Hello today I write to you to ask for a extension on my case going on. I'm still gathering information to provide to the courts this way I'm able to provide everything helpful for my case.

Thank you

Lachance Bryant
17A3781
C-13-12

**RECEIVED**
JUN 03 2019
EDNY PRO SE OFFICE



**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Lashawn Bryant    DIN: 17A3761

Legal Mail

Judge Joseph F. Bianco
United States District Court
Eastern District of New York
Central Islip, N.y 11722

US POSTAGE >> PITNEY BOWES
ZIP 13021 $ 000.50⁰
02 1W
0001387039 MAY 31 2019